UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

~~BERNARD ROBINSON~~

**16CV 9633**

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The City of New York, etal
~~Lawrence Byrne,~~ Evan Gluck, and
New York City Police Department

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes  ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Bernard Robinson  255 W 43rd Apt 128
            ID #                     NYC, NY. 10036
            Current Institution   11-11 Hazen St.
            Address               11-11 Hazen St.
                                  Elmhurst New York 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  The City of New York          Shield # _____
                  Where Currently Employed _____
                  Address _____

*Rev. 05/2010*                                                    1

Defendant No. 2    Name **Lawrence Byrne**                      Shield #_____
                   Where Currently Employed **Deputy Commisioner**
                   Address **2 Lafayette Street, 5th Floor**
                   **New York, NY 10007-1307**

Defendant No. 3    Name **Evan Gluck**                          Shield #_____
                   Where Currently Employed **Attorney for Deputy Commisioner**
                   Address **2 Lafayette Street, 5th. Floor**
                   **New York, NY 10007-1307**

Defendant No. 4    Name **New York City police Dept.**          Shield #_____
                   Where Currently Employed **1 Police Plaza**
                   Address **1 Police plaza**
                   **New York, NY 10013**

Defendant No. 5    Name _____    Shield #_____
                   Where Currently Employed _____
                   Address _____

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
**claims did not occur in an institution. I was notified of Civil Proceedings againgst me while in RNDC.**

B. Where in the institution did the events giving rise to your claim(s) occur?
**N/A**

C. What date and approximate time did the events giving rise to your claim(s) occur?
**N/A**

D. Facts: On April ___, 2016 I was arrested and charged with Criminal possession of a controlled substance amongst other

*What happened to you?*

things and bail was set at $30,000. I am currently being held at the facility noted. On or around October 18, 2016, I was served an order to show cause and supporting papers (herein attached and marked Exhibit "A") which notified me that the

*Who did what?*

City of New York was seeking to "close your apartment" due to failure to abide by the terms of the Stipulation Agreement that I entered into with the city on July 30, 2013. Said Stipulation Agreement was set for a two (2) years period, a two year period in which Plaintiff lived and remained at the

*Was anyone else involved?*

residence without incident. At some point, without Plaintiff's knowledge or consent, the Stipulation Agreement was somehow unlawfullyi extended beyond the agreed upon two year period. This is one of several reasons why the aforementioned Stipulation Agreement, the City's Nuisance Abatement Laws and the City's

*Who else saw what happened?*

forfeiture Laws and the targeted use of them are being called into question and herein claimed unconstitutional.
(see attached)
/

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was forced to divert my attention from defending myself against my criminal charges and other pending legal matters to defend myself (Pro Se) aganst the City's OPder to Show Cause proceeding. I have also suffered with anxiety, loss of sleep, hypertension and serious depression as a result of worry and concern over becoming homeless on top of everything else. Mental health records and medical records will confirm my health concerns.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No ✓



Rev. 05/2010

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). N/A

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ____ N/A

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____ N/A

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____ N/A

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____ N/A

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? N/A

1. Which claim(s) in this complaint did you grieve? N/A

2. What was the result, if any? N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: N/A

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____N/A_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. __N/A__

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). **(1) Declare New York City's Civil forfeiture laws, Stipulation Agreements and Nuisance Abatement Laws is/was unconstitutional in the manner in which they are regularly** being applied and enforced upon minorities and people of color. (2) Find that through review of the proofs, the Court determines that the target of the tactics used by defendants were almost exclusively focused on minorities and people of color. (3) Grant Class Status. (4) Grant a Jury Trial. Monetary Relief Sought: ONE MILLION DOLARS

VI.  Previous lawsuits:

[On these claims]

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No _✓_

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit: N/A

   Plaintiff _____

   Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit: N/A

   Plaintiff _____

   Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20__.

                     Signature of Plaintiff   _____

                     Inmate Number   _____

                     Institution Address   _____

                                         _____

                                         _____

**Note**: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                     Signature of Plaintiff: *Bernard Robinson*