

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000237571**

| Invoicing Command | | | | | | Invoice Status |
|---|---|---|---|---|---|---|
| **14TH PCT(MTS)** | | | | | | **OPEN** |

| Invoice Date | | Property Type | | | | Property Category |
|---|---|---|---|---|---|---|
| **10/03/2012** | | **CONTROLLED SUBSTANCE** | | | | **INVESTIGATORY** |

| Officers | Rank | Name | Tax No. | Command | | | |
|---|---|---|---|---|---|---|---|
| Invoicing | DT3 | BARRETT, TARAH | 926547 | NBMS | | OCME. EU No. | |
| Arresting | N/A | | | | | OCME. FB No. | |
| Investigating | DT3 | BARRETT, TARAH | 926547 | NBMS | | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | N/A | | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | N/A | | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | CRACK COCAINE | | 1201213288 | | |
| | | COLOR: WHITE PACKAGED IN: PLASTIC TWIST | | -5428778 | 1 | |
| | | FORM: ROCK NARCOTIC IS: FIELD TESTED POSITIVE | | | | |

**REMARKS:**
926547 10/03/2012 20:40 : AT T/P/O THE ABOVE NARCOTICS WAS PURCHASED BY CI#12-000389 FOR AN ONGOING INVESTIGATION

| Date Of Incident | Penal Code/Description | | Crime Classification | Related To | | Receipt |
|---|---|---|---|---|---|---|
| 10/03/2012 | PL/220.39 | | FELONY | N/A | | REFUSED |

| Prisoner(s) Name | | D.O.B | Age | Address | | Arrest No./Summons No.  NYSID No. |
|---|---|---|---|---|---|---|
| | | | | | | |

| | Name | | Tax No. | Address | | Phone. No |
|---|---|---|---|---|---|---|
| Finder(s) | CI#, 12-000389 | | | , NY | | |
| Owner(s) | BENARD, JD | | | 255  WEST 43 STREET, 128, NEW YORK, NY | | |
| Complainant(s) | PSNY | | | | | |

| Complaint No. | N/A |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | DT3 | BARRETT, TARAH | 926547 | NBMS | 10/03/2012 | 20:32 |
| Invoicing Officer | DT3 | BARRETT, TARAH | 926547 | NBMS | 10/03/2012 | 20:41 |
| | | *Det Barrett* | | | | |
| Approved By | LT | DONOVAN, JAMES | 900033 | NARC DIV OCCB | 10/03/2012 | 20:51 |
| | | *Lt Donovan* | | | | |



Invoice No. **1000237571**

PCD Storage No. —

Invoicing Officer Copy
printed: 02/21/2013 15:42



**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM

**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000237571**

| Invoicing Command **14TH PCT(MTS)** | | | | | Invoice Status **OPEN** | | |
|---|---|---|---|---|---|---|---|
| Invoice Date **10/03/2012** | | Property Type **CONTROLLED SUBSTANCE** | | | Property Category **INVESTIGATORY** | | |

| Officers | Rank | Name | Tax No. | Command | | | |
|---|---|---|---|---|---|---|---|
| Invoicing | DT3 | BARRETT, TARAH | 926547 | NBMS | OCME. EU No. | | |
| Arresting | N/A | | | | OCME. FB No. | | |
| Investigating | DT3 | BARRETT, TARAH | 926547 | NBMS | Police Lab Evid. Ctrl. No. | | |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. | N/A | |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. | N/A | |

| Item | Total QTY | Article(s) | | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | **CRACK COCAINE** | | 1201213288 | | |
| | | COLOR: WHITE PACKAGED IN: PLASTIC TWIST | | -5428778 | 1 | |
| | | FORM: ROCK NARCOTIC IS: FIELD TESTED POSITIVE | | | | |

**REMARKS:**
926547 10/03/2012 20:40 : AT T/P/O THE ABOVE NARCOTICS WAS PURCHASED BY CI#12-000389 FOR AN ONGOING INVESTIGATION

| Date of Incident | Penal Code/Description | | Crime Classification | Related To | | | Receipt |
|---|---|---|---|---|---|---|---|
| 10/03/2012 | PL/220.39 | | FELONY | N/A | | | REFUSED |

| Prisoner(s) Name | | D.O.B | Age | Address | Arrest No./Summons No. NYSID No. | |
|---|---|---|---|---|---|---|

| | Name | Tax No. | Address | Phone. No |
|---|---|---|---|---|
| Finder(s) | CI#, 12-000389 | | , NY | |
| Owner(s) | BENARD, JD | | 255 WEST 43 STREET, 128, NEW YORK, NY | |
| Complainant(s) | PSNY | | | |

| Complaint No. | N/A |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | DT3 | BARRETT, TARAH | 926547 | NBMS | 10/03/2012 | 20:32 |
| Invoicing Officer | DT3 | BARRETT, TARAH | 926547 | NBMS | 10/03/2012 | 20:41 |
| Approved By | LT | DONOVAN, JAMES | 900033 | NARC DIV OCCB | 10/03/2012 | 20:51 |



Invoice No. **1000237571**

printed: 02/21/2013 15:42

PCD Storage No. --

Page No. 1 of 1

FILED: NEW YORK COUNTY CLERK 06/18/2013

NYSCEF DOC. NO. 9

INDEX NO. 451054/2013

RECEIVED NYSCEF: 06/18/2013

# EXHIBIT "5"

FIELD TEST REPORT
MANHATTAN
PD 321-140 (Rev. 05-08)

TO BE USED IN MANHATTAN AND STATEN ISLAND ONLY

**1** | A. FIELD TEST RESULTS: ☒ Positive ☐ Negative    B. Voucher No. *1000 241910*

C. LIST ALL PRISONERS:

| | Last Name | First Name | Date of Arrest | Date of Birth |
|---|---|---|---|---|
| (1) | *Robinson* | *Bernard* | *n/A* | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| (5) | | | | |
| (6) | | | | |

D. Were there any other narcotics seized or purchased that are associated with this voucher number?
If yes, list all companion narcotics voucher numbers or write N/A if there are none.

*N/A*

**2** | A. Testing Officers Name Printed (If Undercover - List Shield Number In Lieu Of Name) | B. Command | C. Tax No. | D. Officer performing test has conducted 20 or more field tests. *Yes*
*Det Barrett* | *NBMS* | *926547* | Tax No.

B. Arresting Officers Last Name (Print) | First Name | Command | Tax No.

☑ Check Here If Same As Testing Officer

**3** | Contents In This Envelope Was Purchased By An Undercover: ☐ Yes ☒ No

**4** | Contents In This Envelope Is Narcotics Recovered Other Than That Purchased By An Undercover: ☒ Yes ☐ No

**5** | A. Drug Type/Field Test | B. Quantity Vouchered and Type of Container: (Number and Description)
☐ Heroin/Meckes Reagent | *2 ziplocks* *Red Crack*
☒ Cocaine/Cocaine Salts and Base Reagent | C. Date Field Test Conducted *10/11/12*
☐ Marijuana/Duquenois - Levine Reagent | D. Estimated total weight of narcotics vouchered greater than 1/8 oz. ☐ Yes ☒ No

**6** | A. Contents In This Envelope Was Seized During The Execution Of a Search Warrant: ☐ Yes ☒ No

**7** | CERTIFICATION - I hereby certify that I tested the above described substance(s) and that this report is a true and full copy of the original report made by me. False statements made herein are punishable as a class A misdemeanor pursuant to 210.45 of the Penal Law.

Testing Officers Signature: *Det. Barrett* (If Undercover - Personally Sign Shield Number In Lieu Of Name) Date *10/11/12*

**8** | Supervisor Assuring Accuracy in the Preparation of this Field Test Report:
*Lt* | *Danzman* | | *90005* | *NBMS*
Rank | Name (printed) | Signature | Tax # | Command

Dist: 1. White District Attorney's Office   2. Blue District Attorney's Office   3. Pink Police Laboratory With Vouchered Drugs
4. Buff = Member's Copy   5. Green Command Copy



 **NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000241910**

| Invoicing Command | | | | | | | Invoice Status |
|---|---|---|---|---|---|---|---|
| **14TH PCT(MTS)** | | | | | | | **OPEN** |

| Invoice Date | | Property Type | | | | | Property Category |
|---|---|---|---|---|---|---|---|
| **10/11/2012** | | **CONTROLLED SUBSTANCE** | | | | | **INVESTIGATORY** |

| Officers | Rank | Name | Tax No. | Command | | | |
|---|---|---|---|---|---|---|---|
| Invoicing | DT3 | **BARRETT, TARAH** | 926547 | NBMS | | OCME. EU No. | |
| Arresting | N/A | | | | | OCME. FB No. | |
| Investigating | DT3 | **BARRETT, TARAH** | 926547 | NBMS | | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | N/A | | | | | Det. Sqd. Case No. | N/A |
| CSU/ECT Processing | N/A | | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | CRACK COCAINE | | 1201149488 | | |
| | | COLOR: WHITE PACKAGED IN: RED ZIPLOCK | | -5428773 | 1 | |
| | | FORM: ROCK NARCOTIC IS: FIELD TESTED POSITIVE | | | | |
| 2 | 1 | ALLEGED CRACK COCAINE | | 1201149488 | | |
| | | COLOR: WHITE PACKAGED IN: RED ZIPLOCK | | -5428773 | 1 | |
| | | FORM: ROCK | | | | |

**REMARKS:**
   926547 10/11/2012 22:02 :  AT T/P/O THE ABOVE NARCOTICS WAS PURCHASED BY CI#12-000389 AND VOUCHERED FOR THE PURPOSE
         OF AN ON GOING INVESTIGATION.

| Date Of Incident | Penal Code/Description | | Crime Classification | Related To | | | Receipt |
|---|---|---|---|---|---|---|---|
| 10/11/2012 | PL/220.39 | | FELONY | N/A | | | REFUSED |

| Prisoner(s) Name | | D.O.B | Age | Address | | Arrest No./Summons No.  NYSID No. | |
|---|---|---|---|---|---|---|---|

| | Name | Tax No. | Address | | Phone. No | |
|---|---|---|---|---|---|---|
| Finder(s) | CI#, 12-000389 | | , NY | | | |
| Owner(s) | BERNARD, ROBINSON | | 255  WEST 43, 128, NEW YORK, NY | | | |
| Complainant(s) | PSNY | | | | | |

| Complaint No. | N/A |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |



Invoice No. **1000241910**

**Invoicing Officer Copy**
printed: 02/21/2013 15:45

PCD Storage No. --





**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **1000241910**

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | DT3 | BARRETT, TARAH | 926547 | NBMS | 10/11/2012 | 21:54 |
| Invoicing Officer | DT3 | BARRETT, TARAH | 926547 | NBMS | 10/11/2012 | 22:04 |
| | | *Tet Barrett* | | | | |
| Approved By | LT | DONOVAN, JAMES | 900033 | NARC DIV OCCB | 10/11/2012 | 22:18 |
| | | *Lt Donovan* | | | | |

Invoice No. **1000241910**

PCD Storage No. ⟵

**Invoicing Officer Copy**
printed: 02/21/2013 15:45

FILED: NEW YORK COUNTY CLERK 06/18/2013

NYSCEF DOC. NO. 10

INDEX NO. 451054/2013

RECEIVED NYSCEF: 06/18/2013

# EXHIBIT "6"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------X
THE CITY OF NEW YORK,                          :
                                                                          :
                                     Plaintiff,            :                    **AFFIDAVIT**
                                                                          :
                     - against -                           :
                                                                          :
BERNARD ROBINSON, *et. al.*,                 :
                                                                          :
                                     Defendants.        :
                                                                          :
-------------------------------------------------------X

STATE OF NEW YORK        )
                                          :      ss.:
COUNTY OF NEW YORK    )


Detective Edwin Feliciano, Shield Number 2247, being duly sworn deposes and says:

1.          I am a member of the New York City Police Department and am currently assigned to the Narcotics Borough - Manhattan South.  At narcotics my duties include the enforcement of laws concerning illegal drugs and related activities.  I have had training in the packaging, identification and sale of crack cocaine and marijuana.  Additionally, I have participated in numerous buy operations in which the substance believed by me to be either crack cocaine or marijuana was later chemically determined, in fact, to be cocaine or marijuana.  I submit this affidavit in support of the plaintiff's application for a temporary closing order, temporary restraining order and motion for a preliminary injunction.


**October 17, 2012**

2.          On the above date I participated in a "controlled buy" operation inside Unit 128

1

within the SRO located at 255 West 43rd Street, New York, New York (hereinafter "the subject premises").

3.    On this date I met with Confidential Informant number 12-000389 (hereinafter "CI 389"). CI 389 is a registered confidential informant with the New York City Police Department and has a proven history of reliability based on his/her providing reliable information on multiple occasions. Specifically, information provided by CI 389 has previously led to the recovery of marihuana, controlled substances, drug paraphernalia and the arrest of multiple individuals.

4.    On October 17, 2012, CI 389 was taken to a location near the subject premises, searched and handed a sum of United States currency and directed to attempt to purchase illegal drugs from an individual operating within the unit. I observed the informant enter the building located at 255 West 43rd Street, and a short time thereafter I observed CI 389 exit the building and return to the meeting place without talking to anyone else on the street. CI 389 then handed me two (2) twists containing alleged crack cocaine, and informed me that he/she purchased the alleged crack cocaine from an individual operating within the subject premises in exchange for forty dollars ($40.00). During this operation all New York City Police Department procedures relating to the use of a confidential informant were followed.

5.    Subsequently, I field tested a sample of the aforementioned crack cocaine using the Cocaine/Cocaine Salts and Base Reagent System field test kit. I carefully followed the instructions in the kit and the substance tested positive for the presence of cocaine -- an illegal substance. I then vouchered the aforementioned crack cocaine under Property Clerk's Invoice

Number 1000244387, and forwarded the recovered substance to the Police Laboratory for further

testing.

_____
DETECTIVE EDWIN FELICIANO

Sworn to before me this
5⁴ day of _April_ , 2013

_____
Notary Public

ADAM HIRSCH
Notary Public, State of New York
No. 02HI6220281
Qualified in New York County
Commission Expires April 12, 2014

3

FILED: NEW YORK COUNTY CLERK 06/18/2013

NYSCEF DOC. NO. 11

INDEX NO. 451054/2013

RECEIVED NYSCEF: 06/18/2013

# EXHIBIT "7"

Fax.    Jul 16 2001 01:51pm P006/011

| 1 | A. FIELD TEST RESULTS: ☒ Positive ☐ Negative | B.Voucher No. 1000244385 |

**C. LIST ALL PRISONERS:**

| | Last Name | First Name | Date of Arrest | Date of Birth |
|---|---|---|---|---|
| (1) | JD 128 | | INVESTIGATION | |
| (2) | N/A | N/A | N/A | N/A |
| (3) | N/A | N/A | N/A | N/A |
| (4) | N/A | N/A | N/A | N/A |
| (5) | N/A | N/A | N/A | N/A |
| (6) | N/A | N/A | N/A | N/A |

D. Were there any other narcotics seized or purchased that are associated with this voucher number?
If yes, list all companion narcotics voucher numbers or write N/A if there are none.

N/A         N/A         N/A

N/A         N/A         N/A

| 2 | A. Testing Officers Name Printed (if Undercover - List Shield Number in Lieu of Name) | B. Command | C. Tax No. | D. Officer performing test has conducted 20 or more field tests. |
|---|---|---|---|---|
| | EDWIN FELICIANO | NBMS | 940133 | YES |
| | E. Arresting Officers Last Name (Print)        First Name | Command | Tax No. | |
| | FELICIANO                    EDWIN | NBMS | 940133 | |
| | ☒ Check Here If Same As Testing Officer | | | |

| 3 | Contents In This Envelope Was Purchased By An Undercover: ☐ Yes ☒ No |

| 4 | Contents In This Envelope Is Narcotics Recovered Other Than That Purchased By An Undercover: ☒ Yes ☐ No |

| 5 | A. Drug Type/Field Test | B. Quantity Vouchered and Type of Container: (Number and Description) |
|---|---|---|
| | ☐ Heroin/Meckes Reagent | (2) TWIST OF CRACK |
| | ☒ Cocaine/Cocaine Salts and Base Reagent | C. Date Field Test Conducted |
| | ☐ Marijuana/Duquenois - Levine Reagent | 10/17/2012 |
| | | D. Estimated total weight of narcotics vouchered greater than 1/8 oz. ☐ Yes ☒ No |

| 6 | A. Contents In This Envelope Was Seized During The Execution Of a Search Warrant: ☐ Yes ☒ No |

| 7 | CERTIFICATION – I hereby certify that I tested the above described substance(s) and that this report is a true and full copy of the original report made by me. False statements made herein are punishable as a class A misdemeanor pursuant to 210.45 of the Penal Law. |

Testing Officers Signature: _____ (If Undercover - Personally Sign Shield Number In Lieu Of Name)    Date    10/17/12

| 8 | Supervisor Assuring Accuracy in the Preparation of this Field Test Report: |

LT    DONOVAN, JAMES        _____        900033    NBMS
Rank    Name (printed)        Signature        Tax #    Command

Dist:    1. White District Attorney's Office    2. Blue District Attorney's Office    3. Pink Police Laboratory With Vouchered Drugs
4: Buff = Member's Copy    5. Green Command Copy

 **NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000244387**

| Invoicing Command | | | | | | | Invoice Status |
|---|---|---|---|---|---|---|---|
| **7TH PCT.** | | | | | | | **OPEN** |

| Invoice Date | | Property Type | | | | Property Category |
|---|---|---|---|---|---|---|
| **10/17/2012** | | **CONTROLLED SUBSTANCE** | | | | **INVESTIGATORY** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | DT3 | **FELICIANO, EDWIN** | 940133 | NBMS | OCME. EU No. | |
| Arresting | N/A | | | | OCME. FB No. | |
| Investigating | DT3 | **BARRETT, TARAH** | 926547 | NBMS | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | | | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|---|---|
| 1 | 1 | **CRACK COCAINE** | | | 1201151133 | | |
| | | COLOR: **GRAY** | | | -5435278 | 1 | |
| | | PACKAGED IN: **TWIST IN ALUMINUM FOIL FORM: ROCK** | | | | | |
| | | NARCOTIC IS: **FIELD TESTED POSITIVE** | | | | | |
| 2 | 1 | **ALLEGED CRACK COCAINE** | | | 1201151133 | | |
| | | COLOR: **GRAY** | | | -5435278 | 1 | |
| | | PACKAGED IN: **TWIST IN ALUMINUM FOIL FORM: ROCK** | | | | | |

**REMARKS:**
940133 10/17/2012 15:59 : **THE ABOVE HAS BEEN VOUCHERED ON A ON GOING IVESTIGATION**

| Date of Incident | Penal Code/Description | | Crime Classification | Related To | | Receipt |
|---|---|---|---|---|---|---|
| 10/17/2012 | 220.39/PL | | **FELONY** | **N/A** | | **REFUSED** |

| Prisoner(s) Name | | D.O.B | Age | Address | | Arrest No./Summons No.  NYSID No. |
|---|---|---|---|---|---|---|

| | Name | | Tax No. | Address | | Phone. No |
|---|---|---|---|---|---|---|
| Finder(s) | CI 12-000389 | | | , NY | | |
| Owner(s) | JD, 128 | | | 255 WEST 43 STREET, 128, MANHATTAN, NY | | |
| Complainant(s) | | | | | | |

| Complaint No. | N/A |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |



Invoice No. **1000244387**

 NYPD **PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000244387**

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | DT3 | FELICIANO, EDWIN | 940133 | NBMS | 10/17/2012 | 15:55 |
| Invoicing Officer | DT3 | FELICIANO, EDWIN | 940133 | NBMS | 10/17/2012 | 16:03 |
| Approved By | LT | DONOVAN, JAMES | 900033 | NARC DIV OCCB | 10/17/2012 | 16:03 |

FILED: NEW YORK COUNTY CLERK 06/18/2013

NYSCEF DOC. NO. 12

INDEX NO. 451054/2013

RECEIVED NYSCEF: 06/18/2013

# EXHIBIT "8"

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK
TO ANY POLICE OFFICER IN THE CITY OF NEW YORK

Proof by affidavit having been made this day before me by Detective Tarah Barrett,

Shield 2277, that there is reasonable cause for believing that certain property, to wit:

    a. crack/cocaine, vials, caps, glassine envelopes, small ziplock-style bags, and other evidence of the possession and distribution of crack/cocaine, including but not limited to paraphernalia used to process and distribute drugs, including but not limited to dilutants and scales, counter-surveillance equipment, and records and documents reflecting drug transactions;

    b. currency and other evidence of proceeds from drug trafficking, including but not limited to financial records in any format, tending to demonstrate cash transactions or financial transfers derived from the possession of cash currency, money orders, bank receipts, stocks, bonds, bills and receipts for goods and services, documents relating to real estate holdings, and any title or registration to motor vehicles;

    c. evidence of ownership and use of the target premises, or the use of property located therein by any person, including but not limited to keys, telephone bills, utility bills, bank statements, leases, deeds, or rent receipts related to the target premises or other real property, mail addressed to or from the target premises, identification bearing the name or photograph of any person, telephone books, address books, date books, calendars, personal papers, cellphones, computers, and videotapes and photographs of persons.

which is evidence of the possession of narcotics and the means of committing a narcotics crime,

may be found in 255 West 43rd Street, Apartment 128, New York, New York and of the person

of Bernard Robinson, if present therein.

YOU ARE THEREFORE COMMANDED, between 6:00 a.m. and 9:00 p.m., without

prior notice of authority or purpose, to make a search of 255 West 43rd Street, Apartment 128,

New York, New York and of the person of Bernard Robinson, (described as a bald African-

American male, approximately 5'4" tall and 165 pounds, NYSID#: 01349090R), if present

therein, for the above-described property, and if you find such property or evidence or any part

thereof to bring it before the court without unnecessary delay.

ORDERED that the affidavit for this warrant and accompanying minutes, if any, be

sealed except that a copy may be retained by the Special Narcotics Prosecutor's Office and may

be made available by said Office, in connection with a prosecution resulting from the execution

of this warrant, to another city, state or federal prosecution agency or office.

WARRANT MUST BE EXECUTED WITHIN TEN DAYS OF DAY OF ISSUANCE

DATED IN THE CITY OF NEW YORK, this____ day of _____

TIME: _____

_____
JUDGE OF THE CRIMINAL COURT

Target Location: 255 West 43rd Street, Apartment 128, New York, New York.

HON. RICHARD M. WEINBERG

CRIMINAL COURT OF THE CITY OF NEW YORK

COUNTY OF NEW YORK

IN THE MATTER
OF
AN APPLICATION FOR A WARRANT AUTHORIZING THE SEARCH OF 255 WEST
43RD STREET, APARTMENT 128, NEW YORK, NEW YORK.

BRIDGET G. BRENNAN
SPECIAL ASSISTANT DISTRICT ATTORNEY
80 Centre Street
New York, New York 10013

0867 - 2012

SEARCH WARRANT # _____

FILED: NEW YORK COUNTY CLERK 06/18/2013
NYSCEF DOC. NO. 13

INDEX NO. 451054/2013
RECEIVED NYSCEF: 06/18/2013

# EXHIBIT "9"

MANHATTAN
PD 321-140 (Rev. 05-08)

**TO BE USED IN MANHATTAN AND STATEN ISLAND ONLY**

**1** | A. FIELD TEST RESULTS: ☒ Positive ☐ Negative | B. Voucher No. *1 800 244 909*

C. LIST ALL PRISONERS:

| | Last Name | First Name | Date of Arrest | Date of Birth |
|---|---|---|---|---|
| (1) | Robinson | Bernard | 10/18/12 | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| (5) | | | | |
| (6) | | | | |

D. Were there any other narcotics seized or purchased that are associated with this voucher number? If yes, list all companion narcotics voucher numbers or write N/A if there are none.

N/A

**2** | A. Testing Officers Name Printed (If Undercover - List Shield Number in Lieu of Name) *Det. Barrett* | B. Command *NBMS* | C. Tax No. *926547* | D. Officer performing test has conducted 20 or more field tests. ☒

E. Arresting Officers Last Name (Print) | First Name | Command | Tax No.

☒ Check Here If Same As Testing Officer

**3** | Contents In This Envelope Was Purchased By An Undercover: ☐ Yes ☒ No

**4** | Contents In This Envelope Is Narcotics Recovered Other Than That Purchased By An Undercover: ☒ Yes ☐ No

**5** | A. Drug Type/Field Test

☐ Heroin/Meckes Reagent

☒ Cocaine/Cocaine Salts and Base Reagent

☐ Marijuana/Duquenois - Levine Reagent

B. Quantity Vouchered and Type of Container: (Number and Description)

*6 ziplocks*

C. Date Field Test Conducted *10/18/12*

D. Estimated total weight of narcotics vouchered greater than 1/8 oz. ☐ Yes ☒ No

**6** | A. Contents In This Envelope Was Seized During The Execution Of a Search Warrant: ☒ Yes ☐ No

**7** | CERTIFICATION - I hereby certify that I tested the above described substance(s) and that this report is a true and full copy of the original report made by me. False statements made herein are punishable as a class A misdemeanor pursuant to 210.45 of the Penal Law.

Testing Officers Signature: *Det. Barrett* (If Undercover - Personally Sign Shield Number in Lieu Of Name)    Date *10/18/12*

**8** | Supervisor Assuring Accuracy in the Preparation of this Field Test Report:

Rank | Name (printed) | Signature | Tax # *925463* | Command *NBMS*

Dist:    1. White District Attorney's Office    2. Blue District Attorney's Office    3. Pink Police Laboratory With Vouchered Drugs
4. Buff = Member's Copy    5. Green Command Copy



 NYPD **PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
Property Clerk Invoice
PD 521-141(Rev. 11/03)



Invoice No. **1000244909**

| Invoicing Command | | | | Invoice Status |
|---|---|---|---|---|
| **14TH PCT(MTS)** | | | | **OPEN** |

| Invoice Date | Property Type | | Property Category |
|---|---|---|---|
| **10/18/2012** | **CONTROLLED SUBSTANCE** | | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | DT3 | BARRETT, TARAH | 926647 | NBMS | OCME, EU No. | |
| Arresting | DT3 | BARRETT, TARAH | 926647 | NBMS | OCME, FB No. | |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | CRACK COCAINE | 1201212359 | | |
| | | COLOR: WHITE PACKAGED IN: RED ZIPLOCK | -5428854 | 1 | |
| | | FORM: ROCK NARCOTIC IS: FIELD TESTED POSITIVE | | | |
| 2 | 6 | ALLEGED CRACK COCAINE | 1201212359 | | |
| | | COLOR: WHITE PACKAGED IN: RED ZIPLOCKS | -5428854 | 5 | |
| | | FORM: ROCK | | | |
| 3 | 3 | PIPE WITH RESIDUE | 1201212359 | | |
| | | COLOR: OTHER RESIDUE: CRACK COCAINE | -5428854 | 3 | |
| 4 | 1 | OTHER PARAPHERNALIA WITH RESIDUE | 1201212359 | | |
| | | COLOR: CLEAR RESIDUE: MARIJUANA | -5428854 | 1 | |
| 5 | 15 | OTHER PARAPHERNALIA WITHOUT RESIDUES | 1201212359 | | |
| | | COLOR: OTHER | -5428854 | 5 | |
| | | TINFOIL SQUARES | | | |
| 6 | 2 | OTHER PARAPHERNALIA WITHOUT RESIDUES | 1201212359 | | |
| | | COLOR: CLEAR | -5428854 | 2 | |
| | | SMALL ZIPLOCKS | | | |

**REMARKS:**
926647 10/18/2012 12:40 : PURSUANT TO SEARCH WARRANT# 0867-2012 THE ABOVE NARCOTICS AND PARAPHERNALIA WERE VOUCHERED
AS ARREST EVIDENCE

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 10/18/2012 | PL/220.16 | FELONY | N/A | **REFUSED** |



Invoice No. **1000244909**

Arresting Officer Copy
printed: 10/18/2012 13:45

PCD Storage No. --

Page No. **1** of **2**

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
Property Clerk Invoice
PO 521-141(Rev. 11/09)

Invoice No. **1000244909**

| | Prisoner(s) Name | | D.O.B | Age | Address | | | Arrest No./Summons No. NYSID No. |
|---|---|---|---|---|---|---|---|---|
| 1 | ROBINSON, BERNARD | | 01/05/1951 | 61 | 255 WEST 43 STREET, 128, MANHATTAN, NY | | | M12593169 |

| | Name | | | Tax No. | Address | | | Phone. No |
|---|---|---|---|---|---|---|---|---|
| Finder(s) | BARRETT, TARAH | | | 926547 | 1 POLICE PLAZA  NEW YORK, NY  10038. | | | |
| Owner(s) | ROBINSON, BERNARD | | | | 255 WEST 43 STREET, 128, MANHATTAN, NY | | | |
| Complainant(s) | PSNY | | | | | | | |

| Complaint No. | N/A |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | DT3 | BARRETT, TARAH | 926547 | NBMS | 10/18/2012 | 12:28 |
| Invoicing Officer | DT3 | BARRETT, TARAH | 926547 | NBMS | 10/18/2012 | 12:41 |
| | | *Det. Barrett* | | | | |
| Approved By | SGT | ORTIZ, JUAN | 925863 | NBMS | 10/18/2012 | 13:44 |



Invoice No. **1000244909**

Arresting Officer Copy
printed: 10/18/2012 13:45

PCD Storage No. —

Page No. 2 of 2

 NYPD **PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000244905**

| Invoking Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **14TH PCT(MTS)** | | | | | **OPEN** |

| Invoice Date | | Property Type | | | Property Category |
|---|---|---|---|---|---|
| **10/18/2012** | | **CURRENCY** | | | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoking | DT3 | BARRETT, TARAH | 926547 | NBMS | CCME. EU No. | |
| Arresting | DT3 | BARRETT, TARAH | 926547 | NBMS | CCME. FB No. | |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | | Cash | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|---|---|
| 1 | 11 | CASH | USC $20 BILL | 220.00 | 1201212319 | 11 | |
| 2 | 1 | CASH | USC $5 BILL | 5.00 | 1201212319 | 1 | |
| 3 | 7 | CASH | USC $1 BILL | 7.00 | 1201212319 | 7 | |
| | | Total Cash Value | | 232.00 | | | |

**REMARKS:**
926547 10/18/2012 12:24 : PURSUANT TO SEARCH WARRANT# 0867-2012 THE ABOVE USC WAS VOUCHERED AS ARREST EVIDENCE.

| Date Of Incident | Penal Code/Description | | Crime Classification | Related To | | Receipt |
|---|---|---|---|---|---|---|
| 10/18/2012 | PL/220.16 | | FELONY | N/A | | REFUSED |

| Prisoner(s) Name | | D.O.B | Age | Address | | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|---|---|
| 1 | ROBINSON, BERNARD | 01/08/1951 | 61 | 255 WEST 43 STREET, 128, MANHATTAN, NY | | M12693169 | |

| | Name | Tax No. | Address | | Phone. No |
|---|---|---|---|---|---|
| Finder(s) | BARRETT, TARAH | 926547 | 1 POLICE PLAZA  NEW YORK, NY 10038. | | |
| Owner(s) | ROBINSON, BERNARD | | 255 WEST 43 STREET, 128, MANHATTAN, NY | | |
| Complainant(s) | PSNY | | | | |

| Complaint No. | N/A |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

Invoice No. **1000244905**

**Arresting Officer Copy**
printed: 10/18/2012 13:54

PCD Storage No. —

Page No. **1** of **2**



NYPD**PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000244905**

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | DT3 | BARRETT, TARAH | 926547 | NBMS | 10/18/2012 | 12:17 |
| Invoicing Officer | DT3 | BARRETT, TARAH | 926547 | NBMS | 10/18/2012 | 12:25 |
| | | *Tet. Barrett* | | | | |
| Approved By | SGT | ORTIZ, JUAN | 925863 | NBMS | 10/18/2012 | 13:53 |

Invoice No. **1000244905**

Arresting Officer Copy
printed: 10/18/2012 13:54

PCD Storage No. —

Page No. 2 of 2

FILED: NEW YORK COUNTY CLERK 06/18/2013
NYSCEF DOC. NO. 1

INDEX NO. 451054/2013
RECEIVED NYSCEF: 06/18/2013

SUPREME COURT STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
THE CITY OF NEW YORK,

               Plaintiff,

   - against -

BERNARD ROBINSON; COMMON GROUND
COMMUNITY HOUSING DEVELOPMENT FUND
CORPORATION, INC.; THE LAND AND BUILDING
KNOWN AS 255-269 WEST 43RD STREET a/k/a 680-686
8TH AVENUE, TAX BLOCK 1015, TAX LOT 1, COUNTY
of NEW YORK, CITY and STATE of NEW YORK; JOHN
DOE" and "JANE DOE", fictitiously named parties, true
names unknown, the intended being the owners, lessees,
operators or occupants of Unit 128 within the SRO located
at 255 West 43rd Street, New York, New York; and any
person claiming any right, title or interest in the real
property which is the subject of this action,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**SUMMONS**

Index No.

Filed on: June 18, 2013

TO THE ABOVE-NAMED DEFENDANTS:

     YOU ARE HEREBY SUMMONED TO ANSWER the complaint in this action and serve

a copy of your answer on the Plaintiff's attorney within twenty (20) days after the service of this

summons, exclusive of the day of service or within thirty (30) days after service is complete if

this summons is not personally delivered to you within the State of New York.  In the case of

your failure to answer, judgment will be taken against you by default for the relief demanded in

the complaint.

The basis of venue designated is New York County, the county in which the property affected by this action is located. Plaintiff designates New York County as the place of trial.

DATED:    New York, New York
            February 21, 2013

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel
                                    City of New York
                                    DEBORAH L. ZOLAND
                                    Deputy Commissioner
                                    Legal Matters
                                    New York City Police Dept.
                                    Attorney for Plaintiff

By:      Allison L. Arenson, Esq.
            Two Lafayette Street - 5th Floor
            New York, New York 10007
            917-454-1122

SUPREME COURT STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
THE CITY OF NEW YORK,

                            Plaintiff,

    - against -

|  |  |
|---|---|
| BERNARD ROBINSON; COMMON GROUND COMMUNITY HOUSING DEVELOPMENT FUND CORPORATION, INC.; THE LAND AND BUILDING KNOWN AS 255-269 WEST 43RD STREET a/k/a 680-686 8TH AVENUE, TAX BLOCK 1015, TAX LOT 1, COUNTY of NEW YORK, CITY and STATE of NEW YORK; JOHN DOE" and "JANE DOE", fictitiously named parties, true names unknown, the intended being the owners, lessees, operators or occupants of Unit 128 within the SRO located at 255 West 43rd Street, New York, New York; and any person claiming any right, title or interest in the real property which is the subject of this action, | **VERIFIED COMPLAINT**<br><br>Index No.:<br><br>Filed on: June 18, 2013 |

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      Plaintiff, the City of New York, by its attorney, Michael A. Cardozo, Corporation

Counsel of the City of New York, Deborah L. Zoland, Deputy Commissioner for Legal Matters,

New York City Police Department, of counsel, alleges as follows upon information and belief:

### INTRODUCTION

    1.    Plaintiff brings this action pursuant to and by the authority of Section 20 of the

General City Law, Section 394 of the New York City Charter and Sections 7-704(a) and

7-706(a) of the Administrative Code of the City of New York.

## THE PARTIES

2.    Plaintiff, the City of New York, is a municipal corporation incorporated under the laws of the State of New York.

3.    The real property which is the subject of this action is 255-269 West 43rd Street a/k/a 680-686 8th Avenue, Tax Block 1015, Tax Lot 1, New York, New York. Unit 128 within the SRO located at 255 West 43rd Street, New York, New York is the location where the activities complained of herein are occurring.

4.    Defendant, BERNARD ROBINSON, upon information and belief, is the current resident and/or operator of the subject premises.

5.    Defendant, COMMON GROUND COMMUNITY HOUSING DEVELOPMENT FUND CORPORATION, INC. is the last recorded owner of the real property which is the subject of this action according to a Deed recorded in New York County, Office of the City Register.

6.    Unit 128 within the SRO located within defendant THE LAND AND BUILDING KNOWN AS 255-269 WEST 43RD STREET a/k/a 680-686 8TH AVENUE, TAX BLOCK 1015, TAX LOT 1, COUNTY of NEW YORK, CITY and STATE of NEW YORK, is the subject premises where the activities complained of in this complaint have taken place and are taking place.

7.    Defendants "JOHN DOE" and "JANE DOE" are fictitiously named parties, true names unknown, the parties intended being any person or entity who is an owner, lessor, lessee, operator, employee, agent and/or occupant of the subject premises, and any other person or entity claiming any right, title or interest in the real property which is the subject of this action.

## ILLEGAL ACTIVITY OCCURRING AT THE SUBJECT PREMISES IN VIOLATION OF THE NEW YORK STATE PENAL LAW

8.      Since September 22, 2012, inclusive, the subject premises has been the site of at least four (4) controlled "buy" operations of controlled substances, and the execution of a criminal court search warrant resulting in the recovery of controlled substances and the arrest of one (1) individual.

9.      On September 22, 2012, a confidential informant known to the New York City Police Department entered the subject premises and purchased two (2) glassines of heroin from an individual operating within the unit in exchange for twenty dollars ($20.00) United States currency.

10.     On October 3, 2012, a confidential informant known to the New York City Police Department entered the subject premises and purchased one (1) plastic twist of crack cocaine from an individual operating within the unit in exchange for twenty dollars ($20.00) United States currency.

11.     On October 11, 2012, a confidential informant known to the New York City Police Department entered the subject premises and purchased two (2) red ziplock bags of crack cocaine from an individual operating within the unit in exchange for forty dollars ($40.00) United States currency.

12.     On October 17, 2012, a confidential informant known to the New York City Police Department entered the subject premises and purchased two (2) twists of crack cocaine from an individual operating within the unit in exchange for forty dollars ($40.00) United States currency.

13.     On October 18, 2012, a criminal court search warrant was executed within the subject premises.  During the execution of this warrant six (6) ziplock bags containing crack

cocaine as well as drug paraphernalia with and without cocaine residue or marihuana as well as a sum of United States currency were recovered within the unit.  As a result of the execution of the search warrant, defendant Bernard Robinson was arrested and charged with violating New York State Penal Law sections 220.16, Criminal possession of a controlled substance in the third degree; 220.50, Criminal use of drug paraphernalia in the second degree; 220.03, Criminal possession of a controlled substance in the seventh degree; and 221.05, Unlawful possession of marihuana

14.    In each case in which alleged controlled substances was purchased from an individual operating inside the subject premises, the seller appeared to have evinced a "business as usual" attitude in the subject premises.

15.    In each instance in which alleged controlled substances were purchased and/or recovered, the purchased and/or recovered substance was subjected to a chemical analysis to determine its content. In each case, the chemical analysis revealed that the alleged controlled substance was, in fact, a controlled substance.

16.    The subject premises remains open and the illegal activity continues.

## AS AND FOR A FIRST CAUSE OF ACTION

17.    Plaintiffs repeat and reallege the preceding paragraphs as if fully set forth herein.

18.    Pursuant to Section 7-703 of the Administrative Code, a public nuisance includes:

> (g) Any building, erection or place including one- or two-family dwellings, wherein, within the period of one year prior to the commencement of an action under this chapter, there have occurred three or more violations of any of the provisions of article two hundred twenty, two hundred twenty-one or two hundred twenty-five of the penal law [offenses relating to controlled substances, marihuana or gambling];    . . .

19.    Since September 22, 2012, inclusive, the subject premises has been the site of at least four (4) controlled "buys" of controlled substances, and the execution of a criminal court

search warrants resulting in the recovery of controlled substances and marihuana and the arrest of one individual for violating Articles 220 and 221 of the New York State Penal Law. This activity has occurred within the one year period preceding the commencement of this action.

20.     By virtue of the foregoing, there exists a public nuisance at the subject premises.

21.     Pursuant to Section 7-706 and Section 7-714 of the Administrative Code, Plaintiff is entitled to a judgment against the Defendants, their agents, assigns, employees and/or representatives, and any and all persons acting individually or in concert with them, permanently enjoining such public nuisances; directing the sheriff to seize and remove from the subject premises all material, equipment and instrumentalities used in the creation and maintenance of the public nuisance and directing the sale by the sheriff of such property; and closing the subject premises for a period of one (1) year from the posting of the judgment.

22.     The Defendants have owned, leased, used, maintained or conducted the subject premises for selling controlled substances and/or marijuana and have permitted, promoted, condoned or acquiesced in the use of said portion of the premises for the illegal activity.

23.     The Defendants have intentionally conducted, maintained or permitted the aforementioned public nuisance.

24.     Pursuant to Section 7-706(h) of the Administrative Code, Plaintiff is entitled to a judgment against the Defendants ordering that each Defendant pay a penalty one thousand ($1,000.00) dollars for each day that such Defendant intentionally conducted, maintained or permitted the public nuisance.

## AS AND FOR A SECOND CAUSE OF ACTION

25.     Plaintiffs repeat and reallege the preceding paragraphs as if fully set forth herein.

26.     Pursuant to Section 7-703 of the Administrative Code, a public nuisance includes:

(l) Any building, erection or place including one - or two-family    dwellings,

wherein there exists or is occurring a criminal nuisance as defined in Section 240.45 of the penal law.

27.    Section 240.45 of the Penal Law states that:

A person is guilty of Criminal Nuisance in the second degree when:

1. By conduct either unlawful in itself or unreasonable under all circumstances, he knowingly or recklessly creates or maintains a condition which endangers the safety or health of a considerable number of persons; or

2. He knowingly conducts or maintains any premises, place or resort where persons gather for purposes of engaging in unlawful conduct.

28.    The subject premises is being used as a place where persons engage in the possession and/or sale of controlled substances and marijuana in violation of the New York State Penal Laws.

29.    The defendants have owned, leased, used, maintained and conducted the subject premise for possession and/or sale of controlled substances and/or marijuana and have permitted, promoted, condoned or acquiesced in the use of the subject premise for said illegal activity.

30.    Defendants have created a criminal nuisance pursuant to New York State Penal Law Section 240.45 by knowingly conducting or maintaining the subject premises as a place where persons gather for purposes of engaging in offenses in violation of the New York State Penal Law.

31.    The subject premises is being used as a drug location where persons sell and possess controlled substances and/or marijuana.

32.    By virtue of the foregoing, there exists a public nuisance at the subject premises.

33.    Pursuant to Sections 7-706 and 7-714 of the Administrative Code, Plaintiff is entitled to a judgment against the Defendants, their agents, assigns, employees and/or representatives, and any and all persons acting individually or in concert with them, permanently enjoining such public nuisance; directing the sheriff to seize and remove from the subject

premises all material, equipment and instrumentalities used in the creation and maintenance of the public nuisance and directing the sale by the sheriff of such property; and closing the subject premises for a period of one (1) year from the posting of the judgment.

34.    The Defendants have intentionally conducted, maintained or permitted the aforementioned public nuisance.

35.    Pursuant to Section 7-706(h) of the Administrative Code, Plaintiff is entitled to a judgment against the Defendants ordering that each Defendant pay a penalty of one thousand ($1,000.00) dollars  for each day that such Defendant intentionally conducted, maintained or permitted the public nuisance.

WHEREFORE, the Plaintiff demands judgment against the Defendants as follows:

a.    With respect to the **FIRST CAUSE OF ACTION**, directing that the subject premises, part of the building described herein and made a Defendant in this action, shall be permanently and perpetually enjoined as a place which is conducted, maintained or permitted to be a public nuisance, by the Defendants, their agents, assigns, employees and/or representatives, and any and all persons acting individually or in concert with them; directing the sheriff to seize and remove from the subject premises all material, equipment and instrumentalities used in the creation and maintenance of the public nuisance and directing the sale by the sheriff of such property; directing that the subject premises, which has been conducted and maintained as a public nuisance, shall be closed against all use for a period of one (1) year from the date of the posting of the judgment herein, pursuant to Section 7-714(c) of the Administrative Code, unless sooner released as provided by law; and awarding to Plaintiff civil penalties in the amount of one

thousand ($1,000.00) dollars from each Defendant for each and every day that such Defendant intentionally conducted, maintained or permitted the public nuisance;

    b.      With respect to the **SECOND CAUSE OF ACTION**, directing that the subject premises, part of the building described herein and made a defendant in this action shall be permanently and perpetually enjoined as a place which is conducted, maintained or permitted to be a public nuisance, by the defendants, their agents, assigns and/or representatives, and any and all persons acting individually or in concert with them; directing the sheriff to seize and remove from the subject premises all material, equipment and instrumentalities used in the creation and maintenance of the public nuisance and directing the sale by the sheriff of such property; directing that the subject premises, which has been conducted and maintained as a public nuisance, shall be closed against all use for a period of one (1) year from the date of the posting of the judgment herein, pursuant to § 7-714 of the Administrative Code, unless sooner released as provided by law; and awarding to plaintiff civil penalties in the amount of one thousand dollars ($1,000.00) from each defendant for each and every day that such defendant intentionally conducted, maintained or permitted the public nuisance;

    c.      Taxing and allowing Plaintiff's costs and disbursements against the Defendants pursuant to the Civil Practice Law and Rules, and directing that Plaintiff have execution therefore;

    d.      Taxing and allowing Plaintiff's actual costs, expenses and disbursements in investigating, bringing and maintaining the action, pursuant to Administrative Code Section 7-714(g), and directing that Plaintiff have execution therefore; and

    e.    Granting to Plaintiff such other and further relief as the Court deems just, proper

and equitable.

DATED:    New York, New York
           February 21, 2013

                                  MICHAEL A. CARDOZO
                                  Corporation Counsel
                                  City of New York
                                  DEBORAH L. ZOLAND
                                  Deputy Commissioner
                                  Legal Matters
                                  New York City Police Dept.
                                  Attorney for Plaintiff

                                  _Allison L. Arenson_ (signature)

By:      Allison L. Arenson, Esq.
           Two Lafayette Street, 5th Floor
           New York, New York 10007
           917-454-1122

VERIFICATION

GABRIEL TAUSSIG, an attorney admitted to practice before the Courts of the State of New York, hereby affirms the following to be true, under the penalties of perjury, pursuant to C.P.L.R. 2106:

I have been duly designated as Acting Corporation Counsel of the City of New York and, as such, I am an officer of the City of New York, the Plaintiff in the within action. I have read the foregoing complaint and know the contents thereof; the same are true to my knowledge except as to those matters therein alleged upon information and belief, and as to those matters I believe them to be true.

The reason why this verification is not made by the City of New York is that it is a corporation. My belief as to all matters not stated upon my knowledge is based upon information obtained from various departments of the city governments, from statements made to me by certain officers or agents of the City of New York, and from statements, affidavits or affirmations of other persons.

DATED:       New York, New York
             February 25, 2013

             GABRIEL TAUSSIG, ESQ.

EXHIBIT 3

FILED: NEW YORK COUNTY CLERK 06/27/2013                    INDEX NO. 451054/2013

NYSCEF DOC. SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY 06/27/2013

PRESENT:                 CYNTHIA S. KERN                        PART 55
                              J.S.C.Justice

City OF NY
                                                    INDEX NO.    451054/13

                                                    MOTION DATE

                      - v -                         MOTION SEQ. NO.    1

Bernard Robinson, ET Al.              MOTION CAL. NO.

The following papers, numbered 1 to _____ were read on this motion to/for _____

                                                              PAPERS NUMBERED

Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ...
Answering Affidavits — Exhibits _____
Replying Affidavits _____

Cross-Motion:     ☐ Yes     ☐ No

Upon the foregoing papers, it is ordered that this motion is granted as per the
attached order.

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):

Dated:     6/25/13

                                        CYNTHIA S. KERN          J.S.C.
Check one:    ☒ FINAL DISPOSITION    ☐ NON-FINAL DISPOSITION
Check if appropriate:    ☐ DO NOT POST    ☐ REFERENCE

At Individual Assignment Part 55 i:
the Supreme Court of the State of New
York, held in and for the County o
New York, City and State of New
York, at the courthouse located at 7
Thomas Street, New York, New York
on the 25th day of June, 2013.

PRESENT: HONORABLE CYNTHIA KERN
                              Justice

THE CITY OF NEW YORK,

                              Plaintiff,

          -against-

BERNARD ROBINSON; COMMON GROUND
COMMUNITY HOUSING DEVELOPMENT
FUND CORPORATION, INC.; THE LAND AND
BUILDING KNOWN AS 255-269 WEST 43RD
STREET a/k/a 680-686 8TH AVENUE, TAX
BLOCK 1015, TAX LOT 1, COUNTY of NEW
YORK, CITY and STATE of NEW YORK; "JOHN
DOE" and "JANE DOE", fictitiously named parties,
true names unknown, the intended being the
owners, lessees, operators or occupants of Unit 128
within the SRO located at 255 West 43rd Street,
New York, New York; and any person claiming any
right, title or interest in the real property which is
the subject of this action,

                              Defendants.

**ORDER**

**Index Number: 451054/2013**

The plaintiff, having brought a special proceeding pursuant to New York City Administrative

Code Chapter 7 against the defendants, and a motion for a preliminary injunction pursuant to New

York City Administrative Code §7-707(a), having been made to this court upon the affirmation of

Allison L. Arenson, Esq., dated June 18, 2013, for an Order granting plaintiff a preliminary injunction against the defendants in this action and due notice of motion having been given, and the matter having duly come on to be heard before the Honorable Cynthia Kern, one of the Justices of this Court, at IAS part 55 thereof, held at 60 Centre Street, New York, New York, and upon the reading and filing of the affidavit of Detective Tarah Barrett, sworn to on April 5, 2013; the affidavit of Detective Edwin Feliciano, sworn to on April 5, 2013; together with the exhibits, Summons and Verified Complaint, verified by Gabriel Taussig, Esq., on February 25, 2013; with Proof of Service via affidavit of Allen F. Schwartz, sworn to on June 25, 2013, defendants Bernard Robinson, "John Doe" and "Jane Doe" having failed to appear in opposition, and due deliberation having been had.

NOW on the motion of Allison L. Arenson, Esq., attorney for the Plaintiff, herein, it is hereby

(1) ORDERED that the motion for a preliminary injunction is granted against defendants BERNARD ROBINSON, "JOHN DOE" and "JANE DOE"; and it is further

(2) ORDERED that the defendants BERNARD ROBINSON, "JOHN DOE", "JANE DOE" and any and all persons acting individually or in concert with them are enjoined from the use and/or occupancy of the Unit 128 within the SRO located at 255 West 43rd Street, New York, New York (hereinafter the "subject premises"), for any purpose whatsoever during the pendency of this action; and it is further

(3) ORDERED that the subject premises shall be closed and remain closed during the pendency of this action; and it is further

(4) ORDERED that the defendants BERNARD ROBINSON, "JOHN DOE", "JANE DOE" and any and all persons acting individually or in concert with them are prohibited from removing or in any manner interfering with the furniture, fixtures, and movable property used in conducting, maintaining, operating, or permitting the public nuisance complained of herein; and it is further



**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000786208**

| Date Of Incident | Penal Code/Description | | Crime Classification | Related To | Receipt |
|---|---|---|---|---|---|
| 04/12/2016 | 220.16/CPCS | | FELONY | N/A | ACCEPTED |

| Prisoner(s) Name | | D.O.B | Age | Address | Arrest No./Summons No.  NYSID No. |
|---|---|---|---|---|---|
| 1 | ROBINSON, BERNARD | 01/05/1951 | 65 | 255  WEST 43 STREET, 128, MANHATTAN, NY | M16626538 |

| | Name | Tax No. | Address | Phone. No |
|---|---|---|---|---|
| Finder(s) | PENA, MICHAEL | | , NY | |
| Owner(s) | ROBINSON, BERNARD | | 255  WEST 43 STREET, 128, MANHATTAN, NY | |
| Complainant(s) | PSNY | | | |

| Complaint No. | N/A |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | DONZO, MOHAMMED | 948907 | NBMS | 04/12/2016 | 20:19 |
| Invoicing Officer | POM | DONZO, MOHAMMED | 948907 | NBMS | 04/12/2016 | 21:32 |
| Approved By | SGT | BROOKS, SHANNON | 927964 | NBMS | 04/12/2016 | 21:33 |

 **NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM

**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000786208**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **14TH PCT(MTS)** | | | | | **OPEN** |

| Invoice Date | Property Type | | | Property Category |
|---|---|---|---|---|
| **04/12/2016** | **CONTROLLED SUBSTANCE** | | | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | POM | DONZO, MOHAMMED | 948907 | NBMS | OCME. EU No. | |
| Arresting | POM | DONZO, MOHAMMED | 948907 | NBMS | OCME. FB No. | |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | **CRACK COCAINE** | 1202586339 | | |
| | | COLOR: **WHITE** PACKAGED IN: **CLEAR PLASTIC BAG** | -1400001968 | 1 | |
| | | FORM: **ROCK** NARCOTIC IS: **FIELD TESTED POSITIVE** | | | |
| | | TWIST PLASTIC BAGS | | | |
| 2 | 16 | **ALLEGED CRACK COCAINE** | 1202586339 | | |
| | | COLOR: **WHITE** PACKAGED IN: **CLEAR PLASTIC BAG** | -1400001968 | 16 | |
| | | FORM: **ROCK** | | | |
| | | TWISTS | | | |
| 3 | 1 | **ALLEGED COCAINE** | 1202586339 | | |
| | | COLOR: **WHITE** PACKAGED IN: **GLASSINE ENV** | -1400001968 | 1 | |
| | | FORM: **POWDER** | | | |
| | | FTN | | | |
| 4 | 17 | **ALLEGED COCAINE** | 1202586339 | | |
| | | COLOR: **WHITE** PACKAGED IN: **GLASSINE ENV** | -1400001968 | 17 | |
| | | FORM: **POWDER** | | | |
| | | INSIDE CLEAR PLASTIC BAG | | | |
| 5 | 1 | **ALLEGED COCAINE** | 1202586339 | | |
| | | COLOR: **WHITE** PACKAGED IN: **GLASS JAR** | -1400001968 | 1 | |
| | | FORM: **POWDER** | | | |
| 6 | 1 | **PIPE WITH RESIDUE** | 1202586339 | | |
| | | MAKE: **NA** COLOR: **CLEAR** RESIDUE: **CRACK COCAINE** | -1400001968 | 1 | |

**REMARKS:**
948907 04/12/2016 20:48 : ABOVE INVOICE IS BEING VOUCHERED AS ARREST EVIDENCE.

948907 04/12/2016 21:32 : 948907 04/12/2016 20:48 ABOVE INVOICE IS BEING VOUCHERED AS ARREST EVIDENCE. ITEM#1-2 WAS RECOVERED BY PO PENA AND ITEM#3-6 WAS RECOVERED BY PO DONZO



Invoice No. **1000786208**

**Property Clerk Copy**
printed: 04/14/2016 15:15

PCD Storage No. --

Page No. 1 of 2



**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000781302**

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|-----------|------|------|---------|---------|------|------|
| Entered By | POM | DONZO, MOHAMMED | 948907 | NBMS | 03█2016 | 19:58 |
| Invoicing Officer | POM | DONZO, MOHAMMED | 948907 | NBMS | 03█2016 | 20:04 |
| Approved By | LT | SANCHEZ, FABIAN | 932211 | NBMS | 03█2016 | 20:13 |

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **1000781302**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **14TH PCT(MTS)** | | | | | **OPEN** |

| Invoice Date | | Property Type | | | Property Category |
|---|---|---|---|---|---|
| 03/XX/2016 | | **CONTROLLED SUBSTANCE** | | | **INVESTIGATORY** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing | POM | DONZO, MOHAMMED | 948907 | NBMS | OCME. EU No. |
| Arresting | POM | DONZO, MOHAMMED | 948907 | NBMS | OCME. FB No. |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No. |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No.  N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No.  N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | **CRACK COCAINE** | 1202479900 | | |
| | | COLOR: **WHITE** | -6118611 | 1 | |
| | | PACKAGED IN: **CLEAR TWIST PLASTIC BAG** | | | |
| | | FORM: **ROCK** NARCOTIC IS: **FIELD TESTED POSITIVE** | | | |
| | | STORE INSIDE ZIP LOCK BAG BY A/O | | | |

**REMARKS:**
948907 03/XX/2016 20:03 : ABOVE IS BEING VOUCHERED AS INVESTIGATORY

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 02/XX/2016 | 220.39/CSCS | **FELONY** | N/A | **ACCEPTED** |

| Prisoner(s) Name | | D.O.B | Age | Address | Arrest No./Summons No.  NYSID No. |
|---|---|---|---|---|---|

| | Name | Tax No. | Address | Phone. No |
|---|---|---|---|---|
| Finder(s) | C.I#2015-000877, C.I#2015-000877 | | , NY | |
| Owner(s) | **ROBINSON, BERNARD** | | 255  WEST 43 STREET, 128, MANHATTAN, NY | |
| Complainant(s) | **PSNY** | | | |

| Complaint No. | N/A |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |


Invoice No. **1000781302**

Property Clerk Copy
printed: 04/14/2016 15:13

PCD Storage No. --

Page No. 1 of 2



NYPD **PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000779453**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **14TH PCT(MTS)** | | | | | **OPEN** |

| Invoice Date | Property Type | | | | Property Category |
|---|---|---|---|---|---|
| 03/ /2016 | **CONTROLLED SUBSTANCE** | | | | **INVESTIGATORY** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | POM | DONZO, MOHAMMED | 948907 | NBMS | OCME. EU No. | |
| Arresting | POM | DONZO, MOHAMMED | 948907 | NBMS | OCME. FB No. | |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | CRACK COCAINE | | 1202479904 | | |
| | | COLOR: **WHITE** PACKAGED IN: **TWIST PLASTIC BAG** | | -6118610 | 1 | |
| | | FORM: **ROCK** NARCOTIC IS: **FIELD TESTED POSITIVE** | | | | |

**REMARKS:**
948907 03/ /2016 20:24 : ABOVE IS BEING VOUCHERED AS ARREST EVIDENCE.

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 02/ /2016 | 220.39/CSCS | **FELONY** | **N/A** | **ACCEPTED** |

| Prisoner(s) Name | | D.O.B | Age | Address | Arrest No./Summons No. NYSID No. |
|---|---|---|---|---|---|

| | Name | Tax No. | Address | Phone. No |
|---|---|---|---|---|
| Finder(s) | | | | |
| Owner(s) | ROBINSON, BERNARD | | 255 WEST 43 STREET, 128, MANHATTAN, NY | |
| Complainant(s) | PSNY | | | |

| Complaint No. | N/A |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | DONZO, MOHAMMED | 948907 | NBMS | 03/ /2016 | 20:20 |
| Invoicing Officer | POM | DONZO, MOHAMMED | 948907 | NBMS | 03/ /2016 | 20:28 |
| Approved By | LT | SANCHEZ, FABIAN | 932211 | NBMS | 03/ /2016 | 20:29 |



Invoice No. **1000779453**

PCD Storage No. **--**

**Property Clerk Copy**
printed: 04/14/2016 10:45

Page No. 1 of 1



NYPD **PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000765363**

| Date Of Incident | Penal Code/Description | | Crime Classification | Related To | | Receipt |
|---|---|---|---|---|---|---|
| **02/24/2016** | **220.39/CSCS** | | **FELONY** | **N/A** | | **ACCEPTED** |

| Prisoner(s) Name | | D.O.B | Age | Address | Arrest No./Summons No.  NYSID No. |
|---|---|---|---|---|---|
| 1 | **ROBERTSON, BERNARD** | **01/05/1951** | **65** | **255 WEST 43 STREET, 128, MANHATTAN, NY** | **M16614430** |

| | Name | Tax No. | Address | Phone. No |
|---|---|---|---|---|
| Finder(s) | **DONZO, MOHAMMED** | **948907** | **1 POLICE PLAZA  NEW YORK, NY  10038.** | |
| Owner(s) | **ROBERTSON, BERNARD** | | **255  WEST 43 STREET, 128, MANHATTAN, NY** | |
| Complainant(s) | **PSNY** | | | |

| Complaint No. | **N/A** |
|---|---|
| Related Comp No.(s) | **N/A** |
| Aided/Accident No.(s)` | **N/A** |
| Related Invoice(s) | **N/A** |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | DT3 | **CABRERA, EDWIN** | **946811** | **NBMS** | **02/24/2016** | **12:31** |
| Invoicing Officer | DT3 | **CABRERA, EDWIN** | **946811** | **NBMS** | **02/24/2016** | **12:42** |
| Approved By | LT | **SANCHEZ, FABIAN** | **932211** | **NBMS** | **02/24/2016** | **13:25** |

Invoice No. **1000765363**

PCD Storage No. --

**Property Clerk Copy**
printed: 03/28/2016 10:23



**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000765363**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **14TH PCT(MTS)** | | | | | **OPEN** |

| Invoice Date | Property Type | Property Category |
|---|---|---|
| **02/24/2016** | **CONTROLLED SUBSTANCE** | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Involving | DT3 | CABRERA, EDWIN | 946811 | NBMS | OCME. EU No. | |
| Arresting | POM | DONZO, MOHAMMED | 948907 | NBMS | OCME. FB No. | |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | **COCAINE** COLOR: **WHITE** PACKAGED IN: **ALUMINUM FOIL** FORM: **POWDER** NARCOTIC IS: **FIELD TESTED POSITIVE** INSIDE CLEAR PLASTIC ZIPLOCK MARKED FTP | 6039796 -1202567913 -6118683 | 1 | |
| 2 | 13 | **ALLEGED COCAINE** COLOR: **WHITE** PACKAGED IN: **ALUMINUM FOIL** FORM: **POWDER** | 6039796 -1202567913 -6118683 | 13 | |
| 3 | 1 | **CRACK COCAINE** COLOR: **WHITE** PACKAGED IN: **CLEAR PLASTIC BAG** FORM: **ROCK** NARCOTIC IS: **FIELD TESTED POSITIVE** | 6039796 -1202567913 -6118683 | 1 | |
| 4 | 1 | **HEROIN** COLOR: **BROWN** PACKAGED IN: **GLASSINE ENVELOPE** FORM: **POWDER** NARCOTIC IS: **FIELD TESTED POSITIVE** | 6039796 -1202567913 -6118683 | 1 | |
| 5 | 1 | **MARIJUANA** COLOR: **GREEN** PACKAGED IN: **CLEAR ZIPLOCK** FORM: **VEGETATIVE** NARCOTIC IS: **FIELD TESTED POSITIVE** | 6039796 -1202567913 -6118683 | 1 | |
| 6 | 3 | **PIPE WITH RESIDUE** COLOR: **BROWN RESIDUE: CRACK COCAINE** | 6039796 -1202567913 -6118683 | 3 | |

**REMARKS:**
946811 02/24/2016 12:41 : THE ABOVE IS BEING VOUCHERED AS ARREST EVIDENCE



Invoice No. **1000765363**

**Property Clerk Copy**
printed: 03/28/2016 10:23

PCD Storage No. **



**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000760601**

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | DONZO, MOHAMMED | 948907 | NBMS | 02/██/2016 | 22:13 |
| Invoicing Officer | POM | DONZO, MOHAMMED | 948907 | NBMS | 02/██/2016 | 22:22 |
| Approved By | SGT | MARKU, VISAR | 942126 | NBMS | 02/██/2016 | 22:30 |





**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000760601**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **14TH PCT(MTS)** | | | | | **OPEN** |

| Invoice Date | Property Type | | | | Property Category |
|---|---|---|---|---|---|
| 02/██/2016 | **CONTROLLED SUBSTANCE** | | | | **INVESTIGATORY** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | POM | DONZO, MOHAMMED | 948907 | NBMS | OCME. EU No. | |
| Arresting | POM | DONZO, MOHAMMED | 948907 | NBMS | OCME. FB No. | |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | **CRACK COCAINE** | | 1202567321 | | |
| | | COLOR: **WHITE** PACKAGED IN: **CLEAR PLASTIC BAG** | | -6118720 | 1 | |
| | | FORM: **ROCK** NARCOTIC IS: **FIELD TESTED POSITIVE** | | | | |
| | | TWIST | | | | |
| 2 | 1 | **ALLEGED CRACK COCAINE** | | 1202567321 | | |
| | | COLOR: **WHITE** PACKAGED IN: **CLEAR PLASTIC BAG** | | -6118720 | 1 | |
| | | FORM: **ROCK** | | | | |
| | | TWIST | | | | |

**REMARKS:**
948907 02/██/2016 22:21 : ABOVE INVOICE IS NARCOTICS PURCHASED BY C.I. ████ AND IS BEING VOUCHERED AS INVESTIGATORY

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | | Receipt |
|---|---|---|---|---|---|
| 02/██/2016 | 220.39/CSCS | **FELONY** | **N/A** | | **ACCEPTED** |

| Prisoner(s) Name | | D.O.B | Age | Address | Arrest No./Summons No. NYSID No. |
|---|---|---|---|---|---|

| | Name | Tax No. | Address | Phone. No |
|---|---|---|---|---|
| Finder(s) | ████████ | | , NY | |
| Owner(s) | JD GREY, JD GREY | | 255 WEST 43 STREET, 128, NEW YORK, NY | |
| Complainant(s) | PSNY | | | |

| Complaint No. | N/A |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

PCD Storage No. --

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **1000756492**

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | DONZO, MOHAMMED | 948907 | NBMS | 02/__/2016 | 15:00 |
| Invoicing Officer | POM | DONZO, MOHAMMED | 948907 | NBMS | 02/__/2016 | 15:08 |
| Approved By | LT | SANCHEZ, FABIAN | 932211 | NBMS | 02/__/2016 | 15:09 |

Invoice No. **1000756492**

**Property Clerk Copy**
printed: 03/28/2016 10:16

PCD Storage No. --

 **NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000756492**

| Invoicing Command | | | | | | | Invoice Status |
|---|---|---|---|---|---|---|---|
| **14TH PCT(MTS)** | | | | | | | **OPEN** |

| Invoice Date | | Property Type | | | | Property Category |
|---|---|---|---|---|---|---|
| 02/ /2016 | | **CONTROLLED SUBSTANCE** | | | | **INVESTIGATORY** |

| Officers | Rank | Name | Tax No. | Command | | | |
|---|---|---|---|---|---|---|---|
| Invoicing | **POM** | **DONZO, MOHAMMED** | **948907** | **NBMS** | | OCME. EU No. | |
| Arresting | **POM** | **DONZO, MOHAMMED** | **948907** | **NBMS** | | OCME. FB No. | |
| Investigating | **N/A** | | | | | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | **N/A** | | | | | Det Sqd. Case No. | **N/A** |
| CSU/ECT Processing | **N/A** | | | | | CSU/ECT Run No. | **N/A** |

| Item | Total QTY | Article(s) | | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | **CRACK COCAINE** | | 1202567995 | | |
| | | COLOR: **WHITE** | | -6118551 | 1 | |
| | | PACKAGED IN: **CLEAR TWIST PLASTIC BAG** | | | | |
| | | FORM: **ROCK** NARCOTIC IS: **FIELD TESTED POSITIVE** | | | | |
| | | PLACED INSIDE A CLEAR ZIP LOCK BAG BY A/O | | | | |
| 2 | 1 | **ALLEGED CRACK COCAINE** | | 1202567995 | | |
| | | COLOR: **WHITE** PACKAGED IN: **CLEAR PLASTIC BAG** | | -6118551 | 1 | |
| | | FORM: **ROCK** | | | | |
| | | **TWIST** | | | | |

**REMARKS:**
948907 02/ /2016 15:07 : ABOVE INVOICE IS BEING VOUCHERED AS INVESTIGATORY.

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | | | Receipt |
|---|---|---|---|---|---|---|
| 01/ /2016 | 220.39/CSCS | **FELONY** | **N/A** | | | **ACCEPTED** |

| Prisoner(s) Name | | D.O.B | Age | Address | | Arrest No./Summons No.  NYSID No. |
|---|---|---|---|---|---|---|

| | Name | Tax No. | Address | | Phone. No |
|---|---|---|---|---|---|
| Finder(s) | ~~(redacted)~~ | | , NY | | |
| Owner(s) | **JD GREY, JD GREY** | | **255 WEST 43 STREET, 128, NY, NY** | | |
| Complainant(s) | **PSNY** | | | | |

| Complaint No. | **N/A** |
|---|---|
| Related Comp No.(s) | **N/A** |
| Aided/Accident No.(s) | **N/A** |
| Related Invoice(s) | **N/A** |

PCD Storage No. --



Invoice No. **1000756492**

**Property Clerk Copy**
printed: 03/28/2016 10:16

Page No. 1 of 2

 

# NYPD **PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
## Property Clerk Invoice
PD 521-141(Rev. 11/09)

Invoice No. **1000753533**

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|-----------|------|------|---------|---------|------|------|
| Entered By | POM | DONZO, MOHAMMED | 948907 | NBMS | 01/▮▮/2016 | 21:26 |
| Invoicing Officer | POM | DONZO, MOHAMMED | 948907 | NBMS | 01/▮▮/2016 | 21:34 |
| Approved By | LT | SANCHEZ, FABIAN | 932211 | NBMS | 01/▮▮/2016 | 21:38 |

Invoice No. **1000753533**

Property Clerk Copy
printed: 03/28/2016 10:12

PCD Storage No. --

Page No. 2 of 2

 **NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)


Invoice No. **1000753533**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **14TH PCT(MTS)** | | | | | **OPEN** |

| Invoice Date | | Property Type | | | Property Category |
|---|---|---|---|---|---|
| 01/__/2016 | | **CONTROLLED SUBSTANCE** | | | **INVESTIGATORY** |

| Officers | Rank | Name | Tax No. | Command | | | |
|---|---|---|---|---|---|---|---|
| Invoicing | POM | DONZO, MOHAMMED | 948907 | NBMS | | OCME. EU No. | |
| Arresting | POM | DONZO, MOHAMMED | 948907 | NBMS | | OCME. FB No. | |
| Investigating | N/A | | | | | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | N/A | | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | N/A | | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | CRACK COCAINE | | 1202567066 | | |
| | | COLOR: **WHITE** PACKAGED IN: **TWIST PLASTIC BAG** | | -6118552 | 1 | |
| | | FORM: **ROCK** NARCOTIC IS: **FIELD TESTED POSITIVE** | | | | |
| | | SECURED INSIDE A LARGE ZIP LOCK BAG BY A/O | | | | |
| 2 | 1 | ALLEGED CRACK COCAINE | | 1202567066 | | |
| | | COLOR: **WHITE** PACKAGED IN: **CLEAR PLASTIC BAG** | | -6118552 | 1 | |
| | | FORM: **ROCK** | | | | |
| | | TWIST PLASTIC BAG | | | | |

**REMARKS:**
948907 01/__/2016 21:33 : ABOVE INVOICE IS BEING VOUCHERED AS INVESTIGATORY

| Date Of Incident | Penal Code/Description | | Crime Classification | Related To | | Receipt |
|---|---|---|---|---|---|---|
| 01/__/2016 | 220.39/CSCS | | **FELONY** | N/A | | **ACCEPTED** |

| Prisoner(s) Name | | D.O.B | Age | Address | | Arrest No./Summons No.  NYSID No. |
|---|---|---|---|---|---|---|

| | Name | Tax No. | Address | | Phone. No |
|---|---|---|---|---|---|
| Finder(s) | | | , NY | | |
| Owner(s) | JD GREY, JD GREY | | 255 WEST 43 STREET, 128, NEW YORK, NY | | |
| Complainant(s) | PSNY | | | | |

| Complaint No. | N/A |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |


Invoice No. **1000753533**

PCD Storage No. **--**

**Property Clerk Copy**
printed: 03/28/2016 10:12

**EXHIBIT 6**

originally believed to be cocaine a field test of a sample of this substance yielded negative results. These items were vouchered under Property Clerk Invoice Number 1000786208

29.    Subsequently, a sample of the aforementioned crack-cocaine was field tested using the Cocaine/Cocaine Salts and Base Regeant field test kit.  The crack-cocaine was tested using the instructions in the kit and the substance, which had the color and texture of crack-cocaine, tested positive for the presence of cocaine -- an illegal substance.

30.    Bernard Robinson, who was once again inside the subject premises at the time of the search warrant execution, was arrested for violation of the New York State Penal Law Sections 220.16(1), Criminal Possession of a Controlled Substance in the Third Degree, 220.06(1) Criminal Possession of a Controlled Substance in the Fifth Degree and 220.03, Criminal Possession of a Controlled Substance in the Seventh Degree.

**False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.**

Police Officer Mohammed Donzo

Sworn to before me this
6ᵗʰ day of _Septembur_, 2016

Notary Public

ALEXIS POLANCO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PO6329642
Qualified in Richmond County
My Commission Expires August 31, 2019

## The Week of March 28, 2016

23.    During the week of March 28, 2016, I participated in another "controlled buy" operation at the subject premises. The "controlled buy" was conducted to further substantiate that crack-cocaine was being sold from this location.

24.    On this date, I met with a CI who was taken to a location near the subject premises, searched to ensure that he/she was free of any contraband, and then given a sum of United Stated Currency. The CI was then observed entering the subject premises and then exiting a short time later.

25.    Upon leaving the subject premises the CI thereafter arrived at our meeting point. The CI then handed over one (1) bag of crack-cocaine. The CI stated that he/she had purchased the crack-cocaine from Bernard Robinson within the subject premises in exchange for twenty dollars ($20.00) in United States Currency.

26.    Subsequently, a sample of the aforementioned crack-cocaine was field tested using the Cocaine/Cocaine Salts and Base Regeant field test kit. The crack-cocaine was tested using the instructions in the kit and the substance, which had the color and texture of crack-cocaine, tested positive for the presence of cocaine -- an illegal substance. The crack-cocaine was then vouchered under Property Clerk Invoice Number 1000781302.

## April 12, 2016

27.    On April 12, 2016, I, along with other members of the New York City Police Department, participated in the execution of another search warrant within the subject premises.

28.    During execution of the warrant seventeen (17) bags of crack-cocaine and a glass pipe with residue were recovered. Furthermore, eighteen (18) glassine envelopes and a glass jar were recovered that contained a white powdered substance; although the white substance was

18.     Bernard Robinson, who was inside the subject premises at the time of the search warrant execution, was arrested for violation of the New York State Penal Law Sections 220.16(1), Criminal Possession of a Controlled Substance in the Third Degree, 220.39(1) Criminal Sale of a Controlled Substance in the Third Degree and 220.03, Criminal Possession of a Controlled Substance in the Seventh Degree.

### The Week of March 21, 2016

19.     During the week of March 21, 2016, I participated in another "controlled buy" operation at the subject premises. The "controlled buy" was conducted to further substantiate that crack-cocaine was being sold from this location.

20.     On this date, I met with a CI who was taken to a location near the subject premises, searched to ensure that he/she was free of any contraband, and then given a sum of United Stated Currency. The CI was then observed entering the subject premises and then exiting a short time later.

21.     Upon leaving the subject premises the CI thereafter arrived at our meeting point. The CI then handed over one (1) bag of crack-cocaine. The CI stated that he/she had purchased the crack-cocaine from Bernard Robinson within the subject premises in exchange for twenty dollars ($20.00) in United States Currency.

22.     Subsequently, a sample of the aforementioned crack-cocaine was field tested using the Cocaine/Cocaine Salts and Base Regeant field test kit. The crack-cocaine was tested using the instructions in the kit and the substance, which had the color and texture of crack-cocaine, tested positive for the presence of cocaine -- an illegal substance. The crack-cocaine was then vouchered under Property Clerk Invoice Number 1000779453.

13.      Upon leaving the subject premises the CI thereafter arrived at our meeting point. The CI then handed over two (2) bags of crack-cocaine. The CI stated that he/she had purchased the crack-cocaine from Bernard Robinson within the subject premises in exchange for forty dollars ($40.00) in United States Currency.

14.      Subsequently, a sample of the aforementioned crack-cocaine was field tested using the Cocaine/Cocaine Salts and Base Regeant field test kit. The crack-cocaine was tested using the instructions in the kit and the substance, which had the color and texture of crack-cocaine, tested positive for the presence of cocaine -- an illegal substance. The crack-cocaine was then vouchered under Property Clerk Invoice Number 1000760601.

### February 24, 2016

15.      On February 24, 2016, I, along with other members of the New York City Police Department, participated in the execution of a search warrant within the subject premises.

16.      During execution of the warrant a rock of crack-cocaine, fourteen (14) pieces of tin foil containing cocaine, a plastic bag containing a substantial amount of crack-cocaine residue, a glassine envelope containing heroin, a plastic bag containing marijuana and three (3) pipes with alleged crack-cocaine residue were recovered. These items were vouchered under Property Clerk Invoice Number 1000765363.

17.      Subsequently, samples of the aforementioned crack-cocaine, heroin and marijuana were field tested using the respective field test kits for those types of narcotics. The narcotics were tested using the instructions in their respective kits and the substances, which had the color and texture of crack-cocaine, heroin and marijuana, tested positive for the presence of their respective narcotics – all of which are illegal substances.

8.      On this date, I met with a CI who was taken to a location near the subject premises, searched to ensure that he/she was free of any contraband, and then given a sum of United Stated Currency.  The CI was then observed entering the subject premises and then exiting a short time later.

9.      Upon leaving the subject premises the CI thereafter arrived at our meeting point. The CI then handed over two (2) bags of crack-cocaine.  The CI stated that he/she had purchased the crack-cocaine from Bernard Robinson operating within the subject premises in exchange for forty dollars ($40.00) in United States Currency.

10.     Subsequently, a sample of the aforementioned alleged crack-cocaine was field tested using the Cocaine/Cocaine Salts and Base Regeant field test kit.  The crack-cocaine was tested using the instructions in the kit and the substance, which had the color and texture of crack-cocaine, tested positive for the presence of cocaine -- an illegal substance.  The alleged crack-cocaine and field tested sample were then vouchered under Property Clerk Invoice Number 1000756492.

## The Week of February 8, 2016

11.     During the week of February 8, 2016, I participated in another "controlled buy" operation at the subject premises.  The "controlled buy" was conducted to further substantiate that crack-cocaine was being sold from this location.

12.     On this date, I met with a CI who was taken to a location near the subject premises, searched to ensure that he/she was free of any contraband, and then given a sum of United Stated Currency.  The CI was then observed entering the subject premises and then exiting a short time later.

## The Week of January 25, 2016

3.          During the week of January 25, 2016, I participated in a "controlled buy" operation at Apartment # 128 within the building located at 255 West 43rd Street, New York, New York (hereinafter "the subject premises"). This apartment is known to the Police Department as a location in which is used by individual(s) to facilitate the sale of crack-cocaine. The "controlled buy" was conducted to substantiate that crack-cocaine was being sold from this location.

4.          On this date, I met with a registered Confidential Informant (hereinafter "CI") who was taken to a location near the subject premises, searched to ensure that he/she was free of any contraband, and then given a sum of United Stated Currency. The CI was then observed entering the subject premises and then leaving a short time later.

5.          Upon leaving the subject premises the CI thereafter arrived at our meeting point. The CI then handed over two (2) bags of crack-cocaine. The CI stated that he/she had purchased the crack-cocaine from Bernard Robinson within the subject premises in exchange for forty dollars ($40.00) in United States Currency.

6.          Subsequently, a sample of the aforementioned crack-cocaine was field tested using the Cocaine/Cocaine Salts and Base Regeant field test kit. The crack-cocaine was tested using the instructions in the kit and the substance, which had the color and texture of crack-cocaine, tested positive for the presence of cocaine -- an illegal substance. The crack-cocaine was then vouchered under Property Clerk Invoice Number 1000753533.

## The Week of February 1, 2016

7.          During the week of February 1, 2016, I participated in another "controlled buy" operation at the subject premises. The "controlled buy" was conducted to further substantiate that crack-cocaine was being sold from this location.

SUPREME COURT STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------

THE CITY OF NEW YORK,
             Plaintiff,

     -against-

BERNARD ROBINSON; et al.,

           Defendants.
-----------------------------------------------------------

**AFFIDAVIT IN SUPPORT**
**OF CLOSING ORDER**

STATE OF NEW YORK   )
                :     ss.:
COUNTY OF NEW YORK  )

     Police Officer Mohammed Donzo, Shield Number 7534, being duly sworn, deposes and says:

     1.     I am a member of the New York City Police Department and am presently assigned to Narcotics Borough Manhattan South. My duties include the enforcement of laws concerning illegal drugs and related activities. I have received professional training in the identification of controlled substances, including crack-cocaine, and drug paraphernalia, have made numerous arrests for controlled substances and/or drug paraphernalia, and I am fully familiar with the drug paraphernalia associated with and/or used for the packaging, selling, and/or manufacturing of illegal drugs.

     2.     I submit this affidavit in support of the plaintiff's application for a temporary restraining order and closing order, and motion for preliminary injunction.

## EXHIBIT 5

10.    This Stipulation shall be effective immediately upon execution and may be executed in one or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument.  Moreover, signatures of the Stipulation sent by facsimile or electronic mail transmission shall be deemed the equivalent of original signatures.

DATED:    New York, New York
          30 day of July, 2013

_____
BERNARD ROBINSON

*Tenant of the Subject Premises*
*Appearing Pro Se*


_____
KELLNER, HERLIHY, GETTY
and FRIEDMAN, LLP

*Representing defendants Common Ground*
*Community Housing Development Fund*
*Corporation, Inc. and The Land and Building*
*Known as 255 West 43rd Street a/k/a 680-686*
*8th Avenue, New York, New York*

By:    Jeanne-Marie Williams, Esq.
       470 Park Avenue South – 7th Floor North
       New York, New York 10016
       (212) 889-2821


_____
MICHAEL A. CARDOZO, ESQ.
Corporation Counsel
of the City of New York
DOUGLASS B. MAYNARD, ESQ
Deputy Commissioner
Legal Matters – NYPD
*Attorneys for Plaintiff*

By:    Allison L. Arenson, Esq.
       2 Lafayette Street, 5th Floor
       New York, New York 10007
       (917) 454-1122




SO ORDERED:

_____
                    J.S.C.

CYNTHIA S. KERN
        J.S.C.

5

any and all signs, notices and/or stickers posted by the New York City Police Department and the City of New York relating to the charges set forth in the underlying Verified Complaint and in connection therewith.

     7.    Defendants BERNARD ROBINSON and COMMON GROUND COMMUNITY HOUSING DEVELOPMENT FUND CORPORATION, INC. shall indemnify, defend and hold plaintiff harmless against all claims regarding any damage to or loss of, either defendants' respective personal property at or alleged to have been at the subject premises at the time of service of the Order to Show Cause on June 19, 2013. Defendant BERNARD ROBINSON furthers agree to indemnify, defend and hold plaintiff harmless against all claims regarding any damage to or loss of any personal property at or alleged to have been at the subject premises at the time of any future closing of the subject premises due to a violation enumerated in this stipulation of settlement by said defendant.

     8.    Except to the extent set forth herein, this stipulation shall in no way limit or diminish any rights or remedies which the City of New York or Common Ground Community Housing Development Fund Corporation, Inc. may possess with respect to occurrences or conditions which may arise after execution of this Stipulation or which may have occurred prior thereto, including but not limited to a holdover proceeding in Housing Court.

     9.    This Court shall retain jurisdiction of this action for the purpose of enforcing this Stipulation.

10. By signing this stipulation of settlement def. Bernard Robinson is not admitting to or acknowle any illegal activity (Intentionally left blank) within the subject premises.

4

KNOWN AS 255 WEST 43RD STREET a/k/a 680-686 8TH AVENUE, TAX BLOCK 1015, TAX

LOT 1, COUNTY OF NEW YORK, CITY and STATE of NEW YORK, shall be permanently and

perpetually enjoined as a location where violation(s) of either Article 220 or 221 of the New York

State Penal Laws, or any of the parameters enumerated in Section 7-703 within Title 7 of the New

York City Administrative Code occur for so long as defendant BERNARD ROBINSON .

    4.    Defendant BERNARD ROBINSON consents to unannounced inspections of the

subject premises by members of the New York City Police Department for the purpose of ensuring

that the subject premises is being used as a legitimate residence and is not being used for any illegal

activity, and to confirm compliance with the provisions of this stipulation of settlement when said

defendant is inside the subject premises.  This parameter in no way limits the New York City Police

Department, or any other agency, in any other investigation or operation which they may conduct

inside the subject premises. Should defendant BERNARD ROBINSON not allow access, the subject

premises shall be closed, without further judicial intervention, by the New York City Police

Department for a period of thirty (30) days. *The terms of this paragraph shall remain in effect for a period two (2) years from the execution this stipulation.*

    5.    In the event there is any violation of either paragraph (2) and/or (3) above, the subject

premises shall be closed, upon application to this Court, by the New York City Police Department

for a one (1) year period or until defendant COMMON GROUND COMMUNITY HOUSING

DEVELOPMENT FUND CORPORATION, INC. obtains lawful possession of the premises and

presents proof of such possession to plaintiff's representative, whichever is earlier.  Furthermore,

upon presentation and acceptance of such proof, the landlord may re-rent the subject premises to a

new tenant.

    6.    It is further stipulated between the parties, that either of said defendants may remove

New York (hereinafter the "subject premises"); closing the unit in the subject premises for a period of one (1) year from the posting of judgment; awarding plaintiff penalties, costs, and disbursements; and granting such preliminary relief closing the subject premises and enjoining the public nuisance; and

WHEREAS, the CITY OF NEW YORK and BERNARD ROBINSON, COMMON GROUND COMMUNITY HOUSING DEVELOPMENT FUND CORPORATION, INC. and THE LAND AND BUILDING KNOWN AS 255 WEST 43RD STREET a/k/a 680-686 8TH AVENUE TAX BLOCK 1015, TAX LOT 1, COUNTY of NEW YORK, CITY and STATE of NEW YORK wish to reach an agreement settling the action as it pertains to them:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorney of record for the plaintiff and defendants BERNARD ROBINSON, COMMON GROUND COMMUNITY HOUSING DEVELOPMENT FUND CORPORATION, INC. and THE LAND AND BUILDING KNOWN AS 255 WEST 43RD STREET a/k/a 680-686 8TH AVENUE, TAX BLOCK 1015, TAX LOT 1, COUNTY of NEW YORK, CITY and STATE of NEW YORK as follows:

1.    The parties consent to the terms of this stipulation in full settlement of the action as it pertains to them.

2.    Defendant BERNARD ROBINSON, his agents, assigns, sub-tenants and/or visitors, shall be permanently and perpetually enjoined from violating either Article 220 or 221 of the New York State Penal Laws, or any of the parameters enumerated in Section 7-703 within Title 7 of the New York City Administrative Code inside the subject premises.

3.    The subject premises located within defendant THE LAND AND BUILDING

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------------------x

THE CITY OF NEW YORK,

<table>
<tr><td></td><td>Plaintiff,</td></tr>
</table>

       -against-

BERNARD ROBINSON; COMMON GROUND
COMMUNITY HOUSING DEVELOPMENT FUND
CORPORATION, INC.; THE LAND AND BUILDING
KNOWN AS 255-269 WEST 43RD STREET a/k/a 680-686
8TH AVENUE, TAX BLOCK 1015, TAX LOT 1, COUNTY
of NEW YORK, CITY and STATE of NEW YORK;
JOHN DOE" and "JANE DOE", fictitiously named parties,
true names unknown, the intended being the owners, lessees,
operators or occupants of Unit 128 within the SRO located
at 255 West 43rd Street, New York, New York; and any person
claiming any right, title or interest in the real property which
is the subject of this action,

Defendants.

------------------------------------------------------------------------x

**STIPULATION
OF SETTLEMENT**

(Kern, J.)

Index Number: 402263/12

      WHEREAS, the plaintiff CITY OF NEW YORK commenced an action against the

defendants BERNARD ROBINSON, COMMON GROUND COMMUNITY HOUSING

DEVELOPMENT FUND CORPORATION, INC., THE LAND AND BUILDING KNOWN AS

255 WEST 43RD STREET  a/k/a 680-686 8TH AVENUE, TAX BLOCK 1015, TAX LOT 1,

COUNTY OF NEW YORK, CITY AND STATE OF NEW YORK, , as well as other

defendants, seeking a judgment preliminarily and permanently enjoining a public nuisance at

Unit 128 within the SRO located at 255 West 43rd Street, County of New York, City and State of

1

FILED: NEW YORK COUNTY CLERK 07/31/2013    Filed 01/20/17    Page 68 of 80    INDEX NO. 451054/2013
NYSCEF DOC. NO. 20                                                              RECEIVED NYSCEF: 07/31/2013

## SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT:    KERN
CYNTHIA S. KERN    _Justice_                                    PART  55
                         J.S.C.

CITY OF N.Y.                              INDEX NO.    451054/13

                                          MOTION DATE  _____

- v -                                     MOTION SEQ. NO.    02

BERNARD ROBINSON, ET AC.                   MOTION CAL. NO.  _____

The following papers, numbered 1 to _____ were read on this motion to/for _____

|  | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ... | _____ |
| Answering Affidavits — Exhibits _____ | _____ |
| Replying Affidavits _____ | _____ |

**Cross-Motion:** ☐ Yes ☐ No

Upon the foregoing papers, it is ordered that this ~~motion~~ action is resolved pearsuant to the stipulation of the parties.

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):

Dated: ___7/30/13___                         CYNTHIA S. KERN    J.S.C.
                                                         J.S.C.

Check one: ☒ **FINAL DISPOSITION**   ☐ **NON-FINAL DISPOSITION**

Check if appropriate: ☐ **DO NOT POST**   ☐ **REFERENCE**

# EXHIBIT 4

(5)  ORDERED that the defendants BERNARD ROBINSON, "JOHN DOE", "JANE

DOE" and any and all persons acting individually or in concert with them are enjoined from .

conducting, maintaining, operating, or permitting the subject premises to be used, operated

and/or occupied for the criminal sale and/or possession of controlled substances and/or

marihuana or for any other activity in violation of Articles 220 and/or 221 of the New York State

Penal Law.

ENTER:

J.S.C.

CYNTHIA S. KERN
J.S.C.

4.    Because this action is premised on criminal conduct, giving prior notice to the
defendants may endanger the safety of those enforcing and affected by the Temporary
Restraining Order, *to wit*, police officers, attorneys and civilians in the area.

DATED:    New York, New York
          October 12, 2016

          _____

          Evan Gluck, Esq.

THE SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

THE CITY OF NEW YORK,

**AFFIRMATION OF
GOOD FAITH**

Plaintiff,

INDEX NUMBER **451054/2013**

-against-

BERNARD ROBINSON; COMMON GROUND
COMMUNITY HOUSING DEVELOPMENT FUND
CORPORATION, INC.; THE LAND AND BUILDING
KNOWN AS 255-269 WEST 43RD STREET A/K/A 680-
686 8TH AVENUE, TAX BLOCK 1015, TAX LOT 1,
COUNTY of NEW YORK, CITY and STATE of NEW
YORK; "JOHN DOE" and "JANE DOE," fictitiously named
parties, true names unknown, the intended being the owners,
lessees, operators or occupants of Unit 128 within the SRO
located at 255 West 43rd Street, New York, New York; and
any person claiming any right, title or interest in the real
property which is the subject of this action,

Defendants.

Evan Gluck, an attorney admitted to practice before the courts of this State, affirms the

truth of the following under the penalties of perjury pursuant to § 2106 of the Civil Practice Law

and Rules:

1.    Plaintiff is exempt from the notice requirement set forth in Section 202.7(f) of the

Uniform Rules for New York State Trial Courts because it will suffer significant prejudice for

the following reasons.

2.    This action is premised on alleged criminal conduct on the part of some or all of

defendants.  Defendants are already on notice in that they know or should know that their

conduct is prohibited.

3.    The criminal conduct which is the subject of this action, *to wit*, illegal sale of

narcotics, is known to interfere with the quality of life in the surrounding neighborhood.

CRIMINAL COURT OF THE CITY OF NEW YORK

COUNTY OF NEW YORK

IN THE MATTER

OF

AN APPLICATION FOR A WARRANT AUTHORIZING THE SEARCH OF APARTMENT
128 ON THE SECOND FLOOR OF 255 WEST 43 STREET, NEW YORK, NEW YORK.

BRIDGET G. BRENNAN
SPECIAL ASSISTANT DISTRICT ATTORNEY
80 Centre Street
New York, New York 10013

SEARCH WARRANT # 0 4 5 1 – 2016

NYSID# 01349090R), if present therein, for the above described property, and if you find such

property or evidence or any part thereof to bring it before the court without unnecessary delay.

ORDERED that the affidavit for this warrant and accompanying minutes, if any, be

sealed except that a copy may be retained by the Special Narcotics Prosecutor's Office and may

be made available by said Office, in connection with a prosecution resulting from the execution

of this warrant, to another city, state or federal prosecution agency or office.

<u>WARRANT MUST BE EXECUTED WITHIN (10)TEN DAYS OF DAY OF ISSUANCE</u>

DATED IN THE CITY OF NEW YORK, this ____ day of _____

TIME: _____

APT
04-05-18
HON. J. WATTERS   JUDGE OF THE CRIMINAL COURT.
RPTR. S. MORRISON

<u>Target Location</u>: apartment 128 on the second floor of 255 West 43 Street, New York, New York.

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK
TO ANY POLICE OFFICER IN THE CITY OF NEW YORK

Proof by affidavit having been made this day before me by Police Officer Mohammed

Donzo, Shield 7534, that there is reasonable cause for believing that certain property, to wit:

a.  cocaine, vials, caps, glassine envelopes, small ziplock-style bags, and
    other evidence of the possession and distribution of cocaine, including but
    not limited to paraphernalia used to process and distribute drugs, including
    but not limited to dilutants and scales, counter-surveillance equipment,
    and records and documents reflecting drug transactions;

b.  currency and other evidence of proceeds from drug trafficking, including
    but not limited to financial records in any format, tending to demonstrate
    cash transactions or financial transfers derived from the possession of cash
    currency, money orders, bank receipts, stocks, bonds, bills and receipts for
    goods and services, documents relating to real estate holdings, and any
    title or registration to motor vehicles;

c.  evidence of ownership and use of the target premises, or the use of
    property located therein by any person, including but not limited to keys,
    telephone bills, utility bills, bank statements, leases, deeds, or rent receipts
    related to the target premises or other real property, mail addressed to or
    from the target premises, identification bearing the name or photograph of
    any person, telephone books, address books, date books, calendars,
    personal papers, and videotapes and photographs of persons.

which is evidence of the possession of narcotics and the means of committing a narcotics crime,

may be found in apartment 128 on the second floor of 255 West 43 Street, New York, New York

and of the person of Bernard Robinson, NYSID# 01349090R, if present therein.

YOU ARE THEREFORE COMMANDED, between 6:00 a.m. and 9:00 p.m., without

prior notice of authority or purpose, to make a search of apartment 128 on the second floor of

255 West 43 Street, New York, New York and of the person of Bernard Robinson, (described as

*On 4/12/16 @ 2100 hrs Bernard Robinson*
*Did Receive a copy of the above*
*Search warrant.*

*PO Daes*

# EXHIBIT 10

CRIMINAL COURT OF THE CITY OF NEW YORK

COUNTY OF NEW YORK

IN THE MATTER
OF
AN APPLICATION FOR A WARRANT AUTHORIZING THE SEARCH OF APARTMENT 128, LOCATED ON THE SECOND FLOOR OF 255 WEST 43 STREET, NEW YORK, NEW YORK.

BRIDGET G. BRENNAN
SPECIAL ASSISTANT DISTRICT ATTORNEY
80 Centre Street
New York, New York 10013

SEARCH WARRANT # ____0206-2016____

NYSID # 01349090K, if present therein, for the above described property, and if you find such

property or evidence or any part thereof to bring it before the court without unnecessary delay.

    Further, the Court authorizes law enforcement personnel to videotape and photograph the

interior of the target premises.

    ORDERED that the affidavit for this warrant and accompanying minutes, if any, be

sealed except that a copy may be retained by the Special Narcotics Prosecutor's Office and may

be made available by said Office, in connection with a prosecution resulting from the execution

of this warrant, to another city, state or federal prosecution agency or office.

WARRANT MUST BE EXECUTED WITHIN (10)TEN DAYS OF DAY OF ISSUANCE

DATED IN THE CITY OF NEW YORK, this _11th_ day of _Febrary 2015_

TIME: _3:40 pm_

_____
HON. ANN E. SCHERZER
JUDGE OF THE CRIMINAL COURT

Target Location: Apartment 128, located on the second floor of 255 West 43 Street, New York,
New York.

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK
TO ANY POLICE OFFICER IN THE CITY OF NEW YORK

Proof by affidavit having been made this day before me by Police Officer Mohammed
Donzo, Shield 7534, that there is reasonable cause for believing that certain property, to wit:

    a.  crack/cocaine, vials, caps, glassine envelopes, small ziplock-style bags, and other evidence of the possession and distribution of crack/cocaine, including but not limited to paraphernalia used to process and distribute drugs, including but not limited to dilutants and scales, counter-surveillance equipment, and records and documents reflecting drug transactions;

    b.  currency and other evidence of proceeds from drug trafficking, including but not limited to financial records in any format, tending to demonstrate cash transactions or financial transfers derived from the possession of cash currency, money orders, bank receipts, stocks, bonds, bills and receipts for goods and services, documents relating to real estate holdings, and any title or registration to motor vehicles;

    c.  evidence of ownership and use of the target premises, or the use of property located therein by any person, including but not limited to keys, telephone bills, utility bills, bank statements, leases, deeds, or rent receipts related to the target premises or other real property, mail addressed to or from the target premises, identification bearing the name or photograph of any person, telephone books, address books, date books, calendars, personal papers, and videotapes and photographs of persons.

which is evidence of the possession of narcotics and the means of committing a narcotics crime,

may be found in Apartment 128, located on the second floor of 255 West 43 Street, New York,

New York and of the person of Bernard Robinson, NYSID # 01349090K, if present therein.

YOU ARE THEREFORE COMMANDED, between 6:00 a.m. and 9:00 p.m., without

prior notice of authority or purpose, to make a search of Apartment 128, located on the second

floor of 255 West 43 Street, New York, New York and of the person of Bernard Robinson,