# <u>EXHIBIT 9</u>

LABORATORY REPORT



NEW YORK CITY POLICE DEPARTMENT
POLICE LABORATORY
CONTROLLED SUBSTANCE ANALYSIS SECTION

| | |
|---|---|
| LABORATORY # | 2016-034323 |
| LABORATORY REPORT # | 2 |
| COMPLAINT # | |
| VOUCHER # | 1000786208 |

| | |
|---|---|
| VOUCHERED BY: | POM MOHAMMED DONZO Tax#:948907 Command: NARC BORO MS |
| PCT. OF VOUCHER: | 014 Precinct |
| DEFENDANT(S): | BERNARD ROBINSON    AGE: 65 |

| | |
|---|---|
| DATE SUBMITTED: | 04/13/2016 |
| DATE ASSIGNED: | 04/13/2016 |
| DATE PREPARED: | 04/18/2016 |

NCSI is the abbreviation for No Controlled Substance Identified.

Item #2:  Quantitative analysis performed by Criminalist Iwona Januszewski.  Please refer to Laboratory Report #1 for results.

## TESTING METHODOLOGY

| Unit/Item # | Item # | Methods Used |
|---|---|---|
| 1 | 1 | Color Test, GC/MS |
| 2.1 | 2 | Color Test, GC/MS |
| 3 | 3 | Color Test, GC/MS |
| 4.1 | 4 | Color Test, GC/MS |
| 4.2-4.17 | 4 | GC/MS |
| 5 | 5 | Color Test, GC/MS |
| 6 | 6 | N/A |

THIS REPORT DOES NOT CONSTITUTE THE ENTIRE CASE FILE.  THE CASE FILE MAY BE COMPRISED OF WORKSHEETS, IMAGES, ANALYTICAL DATA AND OTHER DOCUMENTS.
THE DEFINITIONS OF TERMS USED IN THIS REPORT CAN BE LOCATED AT THE NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES WEBSITE:
HTTP://WWW.CRIMINALJUSTICE.NY.GOV/FORENSIC/LABREPORTSTANDARDS.HTM
THE RESULTS ARE THE OPINIONS / INTERPRETATIONS / CONCLUSIONS OF THE UNDERSIGNED.
I HEREBY CERTIFY THAT I TESTED/EXAMINED/ANALYZED THE ABOVE DESCRIBED ITEM(S) AND THAT THIS REPORT IS AN ORIGINAL REPORT MADE BY ME.  FALSE STATEMENTS
MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

| CRIM II | Candice Estick | | 359128 | 04/18/2016 | 04/18/2016 |
|---|---|---|---|---|---|
| RANK/TITLE | ANALYST NAME | ANALYST SIGNATURE | TAX # | DATE PREPARED | DATE ISSUED |

POLICE LABORATORY FORM 01 (REVISION # 15-01, DATE EFFECTIVE: 01/02/15, PAGE 1 OF 1, ISSUING AUTHORITY: DIRECTOR/DEPUTY DIRECTOR)

Page 2 of 2

**LABORATORY REPORT**



**NEW YORK CITY POLICE DEPARTMENT**
**POLICE LABORATORY**
**CONTROLLED SUBSTANCE ANALYSIS SECTION**

| | |
|---|---|
| LABORATORY # | 2016-034323 |
| LABORATORY REPORT # | 2 |
| COMPLAINT # | |
| VOUCHER # | 1000786208 |

| | | | |
|---|---|---|---|
| VOUCHERED BY: | POM MOHAMMED DONZO Tax#:948907 Command: NARC BORO MS | DATE SUBMITTED: | 04/13/2016 |
| PCT. OF VOUCHER: | 014 Precinct | DATE ASSIGNED: | 04/13/2016 |
| DEFENDANT(S): | BERNARD ROBINSON      AGE: 65 | DATE PREPARED: | 04/18/2016 |

*Laboratory #: 2016-034323*

TYPE OF ANALYSIS: CONTROLLED SUBSTANCE ANALYSIS

EVIDENCE PRESENT AS ITEMIZED ON VOUCHER:   [X] YES      [ ] NO  (SEE REMARKS)

**RESULTS OF EXAMINATION/ANALYSIS**

| Item # | Qty. | Description | Unit # | Results | Weight |
|---|---|---|---|---|---|
| 1 | 1 | Twist bag(s) cont. solid material | | Cocaine | 0.1746 g (aggregate wt.) |
| 2 | 16 | Twist bag(s) cont. solid material | 2.1 | Cocaine | See Remarks |
| | | | 2.1-2.16 | See Remarks | See Remarks |
| 3 | 1 | Paper packet(s) cont. solid material | | NCSI | 0.9384 g (aggregate wt.) |
| 4 | 17 | Paper packet(s) cont. solid material | | NCSI | 19.2219 g (aggregate wt.) |
| 5 | 1 | Glass jar(s) cont. solid material | | NCSI | 14.8750 g (aggregate wt.) |
| 6 | 1 | Glass pipe(s) cont. solid material residue | | No Analysis | residue |

**SUMMARY OF ANALYSIS**

| Substance Identified | Item # | Weight |
|---|---|---|
| Cocaine | 1 | 0.174 g (aggregate wt.) |
| Cocaine | 2 | See Above |
| NCSI | 3, 4, 5 | 35.0353 g (aggregate wt.) |
| See Remarks | 2 | See Above |

**REMARKS**

| ⅛ oz = 3.544 g | ½ oz = 14.175 g | 1 oz = 28.349 g | 2 oz = 56.698 g | 4 oz = 113.396 g | 8 oz = 226.792 g | 16 oz = 453.584 g = 1 lb | 4535.84 g = 10 lbs |
|---|---|---|---|---|---|---|---|

THIS REPORT DOES NOT CONSTITUTE THE ENTIRE CASE FILE.  THE CASE FILE MAY BE COMPRISED OF WORKSHEETS, IMAGES, ANALYTICAL DATA AND OTHER DOCUMENTS.
THE DEFINITIONS OF TERMS USED IN THIS REPORT CAN BE LOCATED AT THE NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES WEBSITE:
HTTP://WWW.CRIMINALJUSTICE.NY.GOV/FORENSIC/LABREPORTSTANDARDS.HTM
**THE RESULTS ARE THE OPINIONS / INTERPRETATIONS / CONCLUSIONS OF THE UNDERSIGNED.**
I HEREBY CERTIFY THAT I TESTED/EXAMINED/ANALYZED THE ABOVE DESCRIBED ITEM(S) AND THAT THIS REPORT IS AN ORIGINAL REPORT MADE BY ME.  FALSE STATEMENTS
MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

| CRIM II | Candice Estick | | 359128 | 04/18/2016 | 04/18/2016 |
|---|---|---|---|---|---|
| RANK/TITLE | ANALYST NAME | ANALYST SIGNATURE | TAX # | DATE PREPARED | DATE ISSUED |

Page 1 of 2



LABORATORY REPORT

**NEW YORK CITY POLICE DEPARTMENT**
**POLICE LABORATORY**
**CONTROLLED SUBSTANCE ANALYSIS SECTION**

| | |
|---|---|
| LABORATORY # | 2016-034323 |
| LABORATORY REPORT # | 1 |
| COMPLAINT # | |
| VOUCHER # | 1000786208 |

| | |
|---|---|
| VOUCHERED BY: | POM MOHAMMED DONZO Tax#:948907 Command: NARC BORO MS |
| PCT. OF VOUCHER | 014 Precinct |
| DEFENDANT(S): | BERNARD ROBINSON    AGE: 65 |

DATE SUBMITTED: 04/13/2016

DATE ASSIGNED: 04/15/2016
DATE PREPARED: 04/15/2016

TYPE OF ANALYSIS: CONTROLLED SUBSTANCE ANALYSIS

Laboratory #: 2016-034323

## QUALITATIVE/QUANTITATIVE LABORATORY REPORT, SUBSEQUENT REPORT TO FOLLOW

### RESULTS OF EXAMINATION/ANALYSIS

| Item # | Qty. | Description | Results | Weight |
|---|---|---|---|---|
| 2 | 1 | Glassine envelope(s) cont. solid material | Cocaine (64.5 % Purity) | 1602 mg (pure wt.) |

### SUMMARY OF ANALYSIS

| Substance Identified | Item/Unit # | Weight |
|---|---|---|
| Cocaine | 2 | 1602 mg (pure wt.) |

### REMARKS

| ⅛ oz = 3.544 g | ½ oz = 14.175 g | 1 oz = 28.349 g | 2 oz = 56.698 g | 4 oz = 113.396 g | 8 oz = 226.792 g | 16 oz = 453.584 g = 1 lb | 4535.84 g = 10 lbs |
|---|---|---|---|---|---|---|---|

The pre-homogenized weight and sample for Item # 2 submitted by Criminalist Candice Estick

### TESTING METHODOLOGY

| Item/Unit # | Methods Used |
|---|---|
| 2 | GC/FID/MS |

ATTN: Evan Stuck
ELECTRONIC TRANSMITTAL MEMORANDUM
This Laboratory Report consists
of _____ pages. It is hereby certified
that it is a true and unaltered copy.
Transmitted and certified by:

_____ 4/18/16

RECEIPT CERTIFICATION
It is hereby certified that this report
and electronic transmittal memorandum
were received and certified by:

_____

THIS REPORT DOES NOT CONSTITUTE THE ENTIRE CASE FILE.  THE CASE FILE MAY BE COMPRISED OF WORKSHEETS, IMAGES, ANALYTICAL DATA AND OTHER DOCUMENTS.
THE DEFINITIONS OF TERMS USED IN THIS REPORT CAN BE LOCATED AT THE NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES WEBSITE:
HTTP://WWW.CRIMINALJUSTICE.NY.GOV/FORENSIC/LABREPORTSTANDARDS.HTM
THE RESULTS ARE THE OPINIONS / INTERPRETATIONS / CONCLUSIONS OF THE UNDERSIGNED.
I HEREBY CERTIFY THAT I TESTED/EXAMINED/ANALYZED THE ABOVE DESCRIBED ITEM(S) AND THAT THIS REPORT IS AN ORIGINAL REPORT MADE BY ME.  FALSE STATEMENTS
MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

| CRIM III | Iwona Januszewski | | 346480 | 04/15/2016 | 04/18/2016 |
|---|---|---|---|---|---|
| RANK/TITLE | ANALYST NAME | ANALYST SIGNATURE | TAX # | DATE PREPARED | DATE ISSUED |



**NEW YORK CITY POLICE DEPARTMENT**
**POLICE LABORATORY**
**CONTROLLED SUBSTANCE ANALYSIS SECTION**

LABORATORY REPORT

| | |
|---|---|
| LABORATORY # | 2016-030423 |
| LABORATORY REPORT # | 1 |
| COMPLAINT # | |
| VOUCHER # | 1000781302 |
| DATE SUBMITTED: | /2016 |
| DATE ASSIGNED: | 04/15/2016 |
| DATE PREPARED: | 04/15/2016 |

VOUCHERED BY: POM MOHAMMED DONZO Tax#:948907 Command: NARC BORO MS

PCT. OF VOUCHER: 014 Precinct
DEFENDANT(S): Investigation    AGE:

**TYPE OF ANALYSIS:** CONTROLLED SUBSTANCE ANALYSIS

*Laboratory #: 2016-030423*

EVIDENCE PRESENT AS ITEMIZED ON VOUCHER: [X] YES   [ ] NO  (SEE REMARKS)

**RESULTS OF EXAMINATION/ANALYSIS**

| Item # | Qty. | Description | Results | Weight |
|---|---|---|---|---|
| 1 | 1 | Twist bag(s) cont. solid material | Cocaine | 0.157 g (aggregate wt.) |

**SUMMARY OF ANALYSIS**

| Substance Identified | Item # | Weight |
|---|---|---|
| Cocaine | 1 | 0.157 g (aggregate wt.) |

**REMARKS**

| ¼ oz = 3.544 g | ½ oz = 14.175 g | 1 oz = 28.349 g | 2 oz = 56.698 g | 4 oz = 113.398 g | 8 oz = 226.792 g | 16 oz = 453.584 g = 1 lb | 4535.84 g = 10 lbs |
|---|---|---|---|---|---|---|---|

Attn Evan Gluck

This Laboratory Report consists of 1 pages. It is hereby certified that it is a true and unaltered copy. Transmitted and certified by:

RECEIPT AND CERTIFICATION
It is hereby certified that this report and electronic transmittal memorandum were received and certified by:

**TESTING METHODOLOGY**

| Unit/Item # | Item # | Methods Used |
|---|---|---|
| 1 | 1 | Color Test, GC/MS |

THIS REPORT DOES NOT CONSTITUTE THE ENTIRE CASE FILE. THE CASE FILE MAY BE COMPRISED OF WORKSHEETS, IMAGES, ANALYTICAL DATA AND OTHER DOCUMENTS. THE DEFINITIONS OF TERMS USED IN THIS REPORT CAN BE LOCATED AT THE NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES WEBSITE: HTTP://WWW.CRIMINALJUSTICE.NY.GOV/FORENSIC/LABREPORTSTANDARDS.HTM
THE RESULTS ARE THE OPINIONS / INTERPRETATIONS / CONCLUSIONS OF THE UNDERSIGNED.
I HEREBY CERTIFY THAT I TESTED/EXAMINED/ANALYZED THE ABOVE DESCRIBED ITEM(S) AND THAT THIS REPORT IS AN ORIGINAL REPORT MADE BY ME. FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

| CRIM IB | Stephanie Polifroni | | 361250 | 04/15/2016 | 04/18/2016 |
|---|---|---|---|---|---|
| ANNK/TITLE | ANALYST NAME | ANALYST SIGNATURE | TAX # | DATE PREPARED | DATE ISSUED |



**LABORATORY REPORT**

## NEW YORK CITY POLICE DEPARTMENT
## POLICE LABORATORY
## CONTROLLED SUBSTANCE ANALYSIS SECTION

| | |
|---|---|
| LABORATORY # | 2016-028929 |
| LABORATORY REPORT # | 1 |
| COMPLAINT # | |
| VOUCHER # | 1000779453 |

| | | |
|---|---|---|
| VOUCHERED BY: | POM MOHAMMED DONZO Tax#:948907 Command: NARC BORO MS | DATE SUBMITTED: 03/ /2016 |
| PCT. OF VOUCHER: | 014 Precinct | |
| DEFENDANT(S): | Investigation          AGE: | DATE ASSIGNED 04/15/2016 |
| | | DATE PREPARED 04/15/2016 |

*Laboratory #: 2016-028929*

**TYPE OF ANALYSIS:** CONTROLLED SUBSTANCE ANALYSIS

EVIDENCE PRESENT AS ITEMIZED ON VOUCHER:   [ X ] YES   [ ] NO   (SEE REMARKS)

### RESULTS OF EXAMINATION/ANALYSIS

| Item # | Qty. | Description | Results | Weight |
|---|---|---|---|---|
| 1 | 1 | Twist bag(s) cont. solid material | Cocaine | 0 182 g (aggregate wt.) |

### SUMMARY OF ANALYSIS

| Substance Identified | Item # | Weight |
|---|---|---|
| Cocaine | 1 | 0.182 g (aggregate wt.) |

### REMARKS

| ⅛ oz = 3.544 g | ½ oz = 14.176 g | 1 oz = 28.349 g | 2 oz = 56.698 g | 4 oz = 113.396 g | 8 oz = 226.792 g | 16 oz = 453.584 g = 1 lb | 4535.84 g = 10 lbs |
|---|---|---|---|---|---|---|---|

ATTN: *Evan Gluck*

ELECTRONIC TRANSMITTAL MEMORANDUM
This Laboratory Report consists
of *1* pages. It is hereby certified
that it is a true and unaltered copy.
Transmitted and certified by

RECEIPT CERTIFICATION
It is hereby certified that this report
and electronic transmittal memorandum
were received and certified by:

### TESTING METHODOLOGY

| Unit/Item # | Item # | Methods Used |
|---|---|---|
| 1 | 1 | Color Test, GC/MS |

THIS REPORT DOES NOT CONSTITUTE THE ENTIRE CASE FILE. THE CASE FILE MAY BE COMPRISED OF WORKSHEETS, IMAGES, ANALYTICAL DATA AND OTHER DOCUMENTS. THE DEFINITIONS OF TERMS USED IN THIS REPORT CAN BE LOCATED AT THE NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES WEBSITE: HTTP://WWW.CRIMINALJUSTICE.NY.GOV/FORENSIC/LABREPORTSTANDARDS.HTM
THE RESULTS ARE THE OPINIONS / INTERPRETATIONS / CONCLUSIONS OF THE UNDERSIGNED.
I HEREBY CERTIFY THAT I TESTED/EXAMINED/ANALYZED THE ABOVE DESCRIBED ITEM(S) AND THAT THIS REPORT IS AN ORIGINAL REPORT MADE BY ME. FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

| CRIM IB | Stephanie Polifroni | | 361250 | 04/15/2016 | 04/18/2016 |
|---|---|---|---|---|---|
| RANK/TITLE | ANALYST NAME | ANALYST SIGNATURE | TAX # | DATE PREPARED | DATE ISSUED |

LABORATORY REPORT



**NEW YORK CITY POLICE DEPARTMENT**
**POLICE LABORATORY**
**CONTROLLED SUBSTANCE ANALYSIS SECTION**

| | |
|---|---|
| LABORATORY # | 2016-017924 |
| LABORATORY REPORT # | 1 |
| COMPLAINT # | |
| VOUCHER # | 1000765363 |

VOUCHERED BY: POM EDWIN CABRERA Tax#:946811 Command: NARC BORO MS

DATE SUBMITTED: 02/25/2016

PCT. OF VOUCHER: 014 Precinct
DEFENDANT(S): BERNARD    AGE: 65
ROBERTSON

DATE ASSIGNED: 02/25/2016
DATE PREPARED: 03/01/2016

## REMARKS

| ⅛ oz = 3.544 g | ½ oz = 14.175 g | 1 oz = 28.349 g | 2 oz = 56.698 g | 4 oz = 113.396 g | 8 oz = 228.792 g | 16 oz = 453.584 g = 1 lb | 4535.84 g = 10 lbs |
|---|---|---|---|---|---|---|---|

## TESTING METHODOLOGY

| Unit/Item # | Item # | Methods Used |
|---|---|---|
| 1 | 1 | Color Test, GC/MS |
| 2.1 | 2A | Color Test, GC/MS |
| 2.2 - 2.6 | 2A | GC/MS |
| 2.7 - 2.13 | 2B | N/A |
| 3 | 3 | Color Test, GC/MS |
| 4 | 4 | Color Test, GC/MS |
| 5 | 5 | Color Test, Microscopic and Macroscopic Examination |
| 6 | 6 | N/A |

ATTN: AATY Evan Gluck
**ELECTRONIC TRANSMITTAL MEMORANDUM**
This Laboratory Report consists of 2 pages. It is hereby certified that it is a true and unaltered cop.
Transmitted and certified by:
AAA Primer 3 23 16
RECEIPT CERTIFICATION
It is hereby certified that this report and electronic transmittal memorandum were received and certified by:

THIS REPORT DOES NOT CONSTITUTE THE ENTIRE CASE FILE. THE CASE FILE MAY BE COMPRISED OF WORKSHEETS, IMAGES ANALYTICAL DATA AND OTHER DOCUMENTS. THE DEFINITIONS OF TERMS USED IN THIS REPORT CAN BE LOCATED AT THE NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES WEBSITE:
HTTP://WWW.CRIMINALJUSTICE.NY.GOV/FORENSIC/LABREPORTSTANDARDS.HTM
THE RESULTS ARE THE OPINIONS / INTERPRETATIONS / CONCLUSIONS OF THE UNDERSIGNED.
I HEREBY CERTIFY THAT I TESTED/EXAMINED/ANALYZED THE ABOVE DESCRIBED ITEM(S) AND THAT THIS REPORT IS AN ORIGINAL REPORT MADE BY ME. FALSE STATEMENTS
MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

| CRIM II | Tatiana Scott | | 358065 | 03/01/2016 | 03/01/2015 |
|---|---|---|---|---|---|
| RANK/TITLE | ANALYST NAME | ANALYST SIGNATURE | TAX # | DATE PREPARED | DATE ISSUED |

POLICE LABORATORY FORM 01 (REVISION # 15-01, DATE EFFECTIVE 01/02/15, ...

LABORATORY REPORT



**NEW YORK CITY POLICE DEPARTMENT**
**POLICE LABORATORY**
**CONTROLLED SUBSTANCE ANALYSIS SECTION**

| | |
|---|---|
| LABORATORY # | 2016-017924 |
| LABORATORY REPORT # | 1 |
| COMPLAINT # | |
| VOUCHER # | 1000765363 |

VOUCHERED BY: POM EDWIN CABRERA Tax#:946811 Command: NARC BORO MS

PCT. OF VOUCHER: 014 Precinct
DEFENDANT(S): BERNARD · AGE: 65
ROBERTSON

DATE SUBMITTED: 02/25/2016

DATE ASSIGNED: 02/25/2016
DATE PREPARED: 03/01/2016

Laboratory #: 2016-017924

TYPE OF ANALYSIS: CONTROLLED SUBSTANCE ANALYSIS

EVIDENCE PRESENT AS ITEMIZED ON VOUCHER: [X] YES   [ ] NO (SEE REMARKS)

RESULTS OF EXAMINATION/ANALYSIS

| Item # | Qty. | Description | Results | Weight |
|---|---|---|---|---|
| 1 | 1 | Foil packet(s) cont. solid material | Cocaine | 0.472 g (aggregate wt.) |
| 2A | 6 | Foil packet(s) cont. solid material | Cocaine | 2.601 g (aggregate wt.) |
| 2B | 7 | Foil packet(s) cont. solid material | No Analysis | 3.031 g (projected aggregate wt.) |
| 3 | 1 | Twist bag(s) cont. solid material | Cocaine | 1.106 g (aggregate wt.) |
| 4 | 1 | Glassine envelope(s) cont. solid material | Heroin Fentanyl | 0.040 g (aggregate wt.) |
| 5 | 1 | Ziplock bag(s) cont. vegetative matter | Marihuana | 0.153 g (aggregate wt.) |
| 6 | 3 | Glass pipe(s) cont. solid material residue | No Analysis | residue |

**SUMMARY OF ANALYSIS**

| Substance Identified | Item # | Weight |
|---|---|---|
| Cocaine | 1, 2A, 3 | 4.17 g (aggregate wt.) |
| Fentanyl | 4 | 0.040 g (aggregate wt.) |
| Heroin | 4 | 0.040 g (aggregate wt.) |
| Marihuana | 5 | 0.153 g (aggregate wt.) |

*[Handwritten/stamped certification overlay: Laboratory Report consists of 2 pages. It is hereby certified and specified by ... it is a true and unaltered copy ... I hereby certify that this report ... electronic transmittal memorandum ... received and certified by ... 3/23/16]*

THIS REPORT DOES NOT CONSTITUTE THE ENTIRE CASE FILE. THE CASE FILE IS COMPRISED OF WORKSHEETS, IMAGES, ANALYTICAL DATA AND OTHER DOCUMENTS. THE DEFINITIONS OF TERMS USED IN THIS REPORT CAN BE LOCATED AT THE NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES WEBSITE: HTTP://WWW.CRIMINALJUSTICE.NY.GOV/FORENSIC/LABREPORTSTANDARDS.HTM

THE RESULTS ARE THE OPINIONS / INTERPRETATIONS / CONCLUSIONS OF THE UNDERSIGNED.
I HEREBY CERTIFY THAT I TESTED/EXAMINED/ANALYZED THE ABOVE DESCRIBED ITEM(S) AND THAT THIS REPORT IS AN ORIGINAL REPORT MADE BY ME. FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

| CRIM II | Tatiana Scott | | 358065 | 03/01/2016 | 03/01/2016 |
|---|---|---|---|---|---|
| RANK/TITLE | ANALYST NAME | ANALYST SIGNATURE | TAX # | DATE PREPARED | DATE ISSUED |

LABORATORY REPORT

| | | |
|---|---|---|
| **NEW YORK CITY POLICE DEPARTMENT** | LABORATORY # | 2016-014461 |
| **POLICE LABORATORY** | LABORATORY REPORT # | 1 |
| **CONTROLLED SUBSTANCE ANALYSIS SECTION** | COMPLAINT # | |
| | VOUCHER # | 1000760601 |

VOUCHERED BY:     POM MOHAMMED DONZO Tax#:948907 Command: NARC BORO MS

PCT. OF VOUCHER:    014 Precinct

DEFENDANT(S):    Investigation        AGE:

DATE SUBMITTED:    02/  2016

DATE ASSIGNED:    03/25/2016
DATE PREPARED:    03/25/2016

**TYPE OF ANALYSIS:** CONTROLLED SUBSTANCE ANALYSIS

*Laboratory #: 2016-014461*

EVIDENCE PRESENT AS ITEMIZED ON VOUCHER:    [X] YES    [ ] NO  (SEE REMARKS)

**RESULTS OF EXAMINATION/ANALYSIS**

| Item # | Qty. | Description | Results | Weight |
|---|---|---|---|---|
| 1 | 1 | Twist bag(s) cont. solid material | Cocaine | 0.291 g (aggregate wt.) |
| 2 | 1 | Twist bag(s) cont. solid material | Cocaine | 0.216 g (aggregate wt.) |

**SUMMARY OF ANALYSIS**

| Substance Identified | Item # | Weight |
|---|---|---|
| Cocaine | 1, 2 | 0.507 g (aggregate wt.) |

**REMARKS**

| ⅛ oz = 3.544 g | ½ oz = 14.175 g | 1 oz = 28.349 g | 2 oz = 56.698 g | 4 oz = 113.396 g | 8 oz = 226.792 g | 16 oz = 453.584 g = 1 lb | 4535.84 g = 10 lbs |
|---|---|---|---|---|---|---|---|

Amy. Evan Gluck

ELECTRONIC TRANSMITTAL MEMORANDUM
This Laboratory Report consists
of ____ pages. It is hereby certified
that it is a true and unaltered copy.
Transmit ____ ____ by
____ ____ 3/28/16
RECEIPT ____
It is hereby certified that this report
and electronic transmittal memorandum
were received and certified by

**TESTING METHODOLOGY**

| Unit/Item # | Item # | Methods Used |
|---|---|---|
| 1 | 1 | Color Test, GC/MS |
| 2 | 2 | Color Test, GC/MS |

THIS REPORT DOES NOT CONSTITUTE THE ENTIRE CASE FILE. THE CASE FILE MAY BE COMPRISED OF WORKSHEETS, IMAGES, ANALYTICAL DATA AND OTHER DOCUMENTS.
THE DEFINITIONS OF TERMS USED IN THIS REPORT CAN BE LOCATED AT THE NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES WEBSITE:
HTTP://WWW.CRIMINALJUSTICE.NY.GOV/FORENSIC/LABREPORTSTANDARDS.HTM
THE RESULTS ARE THE OPINIONS / INTERPRETATIONS / CONCLUSIONS OF THE UNDERSIGNED.
I HEREBY CERTIFY THAT I TESTED/EXAMINED/ANALYZED THE ABOVE DESCRIBED ITEM(S) AND THAT THIS REPORT IS AN ORIGINAL REPORT MADE BY ME. FALSE STATEMENTS
MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

| CRIMIB | John Culmone | | 355348 | 03/25/2016 | 03/28/2016 |
|---|---|---|---|---|---|
| RANK/TITLE | ANALYST NAME | ANALYST SIGNATURE | TAX # | DATE PREPARED | DATE ISSUED |

POLICE LABORATORY FORM 01 (REVISION # 15-01, DATE EFFECTIVE: 01/02/15, PAGE 1 OF 1 ISSUING AUTHORITY: DIRECTOR/DEPUTY DIRECTOR)

LABORATORY REPORT



NEW YORK CITY POLICE DEPARTMENT
POLICE LABORATORY
CONTROLLED SUBSTANCE ANALYSIS SECTION

| | |
|---|---|
| LABORATORY # | 2016-011319 |
| LABORATORY REPORT # | 1 |
| COMPLAINT # | |
| VOUCHER # | 1000756492 |

| | | |
|---|---|---|
| VOUCHERED BY: | POM MOHAMMED DONZO Tax#:948907 Command: NARC BORO MS | DATE SUBMITTED: 02/ 2016 |
| PCT. OF VOUCHER: | 014 Precinct | |
| DEFENDANT(S): | Investigation                 AGE: | DATE ASSIGNED: 03/25/2016 |
| | | DATE PREPARED: 03/25/2016 |

TYPE OF ANALYSIS: CONTROLLED SUBSTANCE ANALYSIS

Laboratory #: 2016-011319

EVIDENCE PRESENT AS ITEMIZED ON VOUCHER:    [X] YES    [ ] NO (SEE REMARKS)

## RESULTS OF EXAMINATION/ANALYSIS

| Item # | Qty. | Description | Results | Weight |
|---|---|---|---|---|
| 1 | 1 | Twist bag(s) cont. solid material | Cocaine | 0.236 g (aggregate wt.) |
| 2 | 1 | Twist bag(s) cont. solid material | Cocaine | 0.195 g (aggregate wt.) |

## SUMMARY OF ANALYSIS

| Substance Identified | Item # | Weight |
|---|---|---|
| Cocaine | 1, 2 | 0.431 g (aggregate wt.) |

## REMARKS

| ⅛ oz = 3.544 g | ½ oz = 14.175 g | 1 oz = 28.349 g | 2 oz = 56.698 g | 4 oz = 113.396 g | 8 oz = 226.792 g | 16 oz = 453.684 g = 1 lb | 4536.84 g = 10 lbs |
|---|---|---|---|---|---|---|---|

ATTN: Evan Gluck

This Laboratory Report consists
of 1 page is hereby certified
that it is a true and unaltered copy.
Transmitted certified by:

PAA Joyner 4/4/16

RECEIVED BY:
It is hereby certified that this report
and electronic transmittal memorel(sic)
were transmitted certified by:

## TESTING METHODOLOGY

| Unit/Item # | Item # | Methods Used |
|---|---|---|
| 1 | 1 | Color Test, GC/MS |
| 2 | 2 | Color Test, GC/MS |

THIS REPORT DOES NOT CONSTITUTE THE ENTIRE CASE FILE.  THE CASE FILE MAY BE COMPRISED OF WORKSHEETS, IMAGES, ANALYTICAL DATA AND OTHER DOCUMENTS.
THE DEFINITIONS OF TERMS USED IN THIS REPORT CAN BE LOCATED AT THE NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES WEBSITE:
HTTP://WWW.CRIMINALJUSTICE.NY.GOV/FORENSIC/LABREPORTSTANDARDS.HTM
THE RESULTS ARE THE OPINIONS / INTERPRETATIONS / CONCLUSIONS OF THE UNDERSIGNED.
I HEREBY CERTIFY THAT I TESTED/EXAMINED/ANALYZED THE ABOVE DESCRIBED ITEM(S) AND THAT THIS REPORT IS AN ORIGINAL REPORT MADE BY ME.  FALSE STATEMENTS
MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

| CRIM 1B | John Culmone | | 359348 | 03/25/2016 | 03/28/2016 |
|---|---|---|---|---|---|
| RANK/TITLE | ANALYST NAME | ANALYST SIGNATURE | TAX # | DATE PREPARED | DATE ISSUED |

LABORATORY REPORT



**NEW YORK CITY POLICE DEPARTMENT**
**POLICE LABORATORY**
**CONTROLLED SUBSTANCE ANALYSIS SECTION**

| LABORATORY # | 2016-008767 |
|---|---|
| LABORATORY REPORT # | 1 |
| COMPLAINT # | |
| VOUCHER # | 1000753533 |

| VOUCHERED BY: | POM MOHAMMED DONZO Tax#:948907 Command: NARC BORO MS | DATE SUBMITTED: | 01/ /2016 |
|---|---|---|---|
| PCT. OF VOUCHER: | 014 Precinct | DATE ASSIGNED | 03/25/2016 |
| DEFENDANT(S): | Investigation          AGE: | DATE PREPARED | 03/25/2016 |

Laboratory #: 2016-008767

TYPE OF ANALYSIS: CONTROLLED SUBSTANCE ANALYSIS

EVIDENCE PRESENT AS ITEMIZED ON VOUCHER:   [X] YES   [ ] NO  (SEE REMARKS)

## RESULTS OF EXAMINATION/ANALYSIS

| Item # | Qty. | Description | Results | Weight |
|---|---|---|---|---|
| 1 | 1 | Twist bag(s) cont. solid material | Cocaine | 0.198 g (aggregate wt.) |
| 2 | 1 | Twist bag(s) cont. solid material | Cocaine | 0.226 g (aggregate wt.) |

## SUMMARY OF ANALYSIS

| Substance Identified | Item # | Weight |
|---|---|---|
| Cocaine | 1, 2 | 0.424 g (aggregate wt.) |

## REMARKS

| ⅛ oz = 3.544 g | ½ oz = 14.175 g | 1 oz = 28.349 g | 2 oz = 56.698 g | 4 oz = 113.396 g | 8 oz = 226.792 g | 16 oz = 453.584 g = 1 lb | 4535.84 g = 10 lbs |
|---|---|---|---|---|---|---|---|

attn: Evan Gluck

ELECTRONIC TRANSMITTAL MEMORANDUM
This Laboratory Report consists of __1__ pages. It is hereby certified that it is a true and unaltered copy. Transmitted and certified by:

PAA Tepper 4/14/16

RECEIPT CERTIFICATION
It is hereby certified that this report and electronic transmittal memorandum were received and certified by:

## TESTING METHODOLOGY

| Unit/Item # | Item # | Methods Used |
|---|---|---|
| 1 | 1 | Color Test, GC/MS |
| 2 | 2 | Color Test, GC/MS |

THIS REPORT DOES NOT CONSTITUTE THE ENTIRE CASE FILE. THE CASE FILE MAY BE COMPRISED OF WORKSHEETS, IMAGES, ANALYTICAL DATA AND OTHER DOCUMENTS. THE DEFINITIONS OF TERMS USED IN THIS REPORT CAN BE LOCATED AT THE NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES WEBSITE: HTTP://WWW.CRIMINALJUSTICE.NY.GOV/FORENSIC/LABREPORTSTANDARDS.HTM

THE RESULTS ARE THE OPINIONS / INTERPRETATIONS / CONCLUSIONS OF THE UNDERSIGNED.
I HEREBY CERTIFY THAT I TESTED/EXAMINED/ANALYZED THE ABOVE DESCRIBED ITEM(S) AND THAT THIS REPORT IS AN ORIGINAL REPORT MADE BY ME. FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

| CRIMIB | John Culmone | | 359348 | 03/25/2016 | 03/28/2016 |
|---|---|---|---|---|---|
| RANK/TITLE | ANALYST NAME | ANALYST SIGNATURE | TAX # | DATE PREPARED | DATE ISSUED |

Page 1 of 1

POLICE LABORATORY FORM 01 (REVISION # 15-01, DATE EFFECTIVE, 01/02/15, PAGE 1 OF 1, ISSUING AUTHORITY: DIRECTOR/DEPUTY DIRECTOR)

**EXHIBIT 8**


FIELD TEST REPORT
MANHATTAN
PD 321-140 (Rev. 05-08)

TO BE USED IN MANHATTAN AND STATEN ISLAND ONLY

**1** A. FIELD TEST RESULTS: ☒ Positive ☐ Negative    B. Voucher No. 1000786208

C. LIST ALL PRISONERS:

| | Last Name | First Name | Date of Arrest | Date of Birth |
|---|---|---|---|---|
| (1) | BERNARD | ROBINSON | 04/12/2016 | 01/05/1951 |
| (2) | NA | NA | NA | NA |
| (3) | NA | NA | NA | NA |
| (4) | NA | NA | NA | NA |
| (5) | NA | NA | NA | NA |
| (6) | NA | NA | NA | NA |

D. Were there any other narcotics seized or purchased that are associated with this voucher number?
If yes, list all companion narcotics voucher numbers or write N/A if there are none.

| | | |
|---|---|---|
| 1000779453 | NA | N/A |
| 1000781302 | N/A | N/A |

**2** A. Testing Officers Name Printed (If Undercover - List Shield Number in Lieu of Name)    B. Command    C. Tax No.    D. Officer performing test has conducted 20 or more field tests.

PO DONZO, MOHAMMED    NBMS    948907

E. Arresting Officers Last Name (Print)    First Name    Command    Tax No.

☒ Check Here If Same As Testing Officer

**3** Contents In This Envelope Was Purchased By An Undercover:    ☐ Yes ☒ No

**4** Contents In This Envelope Is Narcotics Recovered Other Than That Purchased By An Undercover:    ☒ Yes ☐ No

**5** A. Drug Type/Field Test    B. Quantity Vouchered and Type of Container: (Number and Description)

☐ Heroin/Meckes Reagent    1 TWIST PLASTIC BAG OF CRACK-COCAINE FTP
16 ALLEGED TWIST PLASTIC BAG OF CRACK-COCAINE

☒ Cocaine/Cocaine Salts and Base Reagent    C. Date Field Test Conducted

04/12/2016

☐ Marijuana/Duquenois - Levine Reagent    D. Estimated total weight of narcotics vouchered greater than 1/8 oz.
☐ Yes ☒ No

**6** A. Contents In This Envelope Was Seized During The Execution of a Search Warrant:    ☒ Yes ☐ No

**7** CERTIFICATION - I hereby certify that I tested the above described substance(s) and that this report is a true and full copy of the original report made by me. False statements made herein are punishable as a class A misdemeanor pursuant to 210.45 of the Penal Law.

Testing Officers Signature: _____    Date    04/12/2016
(If Undercover - Personally Sign Shield Number In Lieu Of Name)

**8** Supervisor Assuring Accuracy in the Preparation of this Field Test Report:

| SGT | BROOKS | | 927964 | NBMS |
|---|---|---|---|---|
| Rank | Name (printed) | Signature | Tax # | Command |

Dist:    1. White District Attorney's Office    2. Blue District Attorney's Office    3. Pink Police Laboratory With Vouchered Drugs
4. Buff = Member's Copy    5. Green Command Copy



FIELD TEST REPORT
MANHATTAN
PD 321-140 (Rev. 05-08)

TO BE USED IN MANHATTAN AND STATEN ISLAND ONLY

**1** | A. FIELD TEST RESULTS: ☐ Positive ☒ Negative    B. Voucher No. 1000786208

C. LIST ALL PRISONERS:

| | Last Name | First Name | Date of Arrest | Date of Birth |
|---|---|---|---|---|
| (1) | BERNARD | ROBINSON | 04/12/2016 | 01/05/1951 |
| (2) | NA | NA | NA | NA |
| (3) | NA | NA | NA | NA |
| (4) | NA | NA | NA | NA |
| (5) | NA | NA | NA | NA |
| (6) | NA | NA | NA | NA |

D. Were there any other narcotics seized or purchased that are associated with this voucher number?
If yes, list all companion narcotics voucher numbers or write N/A if there are none.

| 1000779453 | NA | N/A |
|---|---|---|
| 1000781302 | N/A | N/A |

**2** | A. Testing Officers Name Printed *(If Undercover - List Shield Number In Lieu of Name)* | B. Command | C. Tax No. | D. Officer performing test has conducted 20 or more field tests.
PO DONZO, MOHAMMED | NBMS | 948907 |
E. Arresting Officers Last Name (Print)            First Name            Command            Tax No.

☒ Check Here If Same As Testing Officer

**3** | Contents In This Envelope Was Purchased By An Undercover:    ☐ Yes ☒ No

**4** | Contents In This Envelope Is Narcotics Recovered Other Than That Purchased By An Undercover:    ☒ Yes ☐ No

**5** | A. Drug Type/Field Test | B. Quantity Vouchered and Type of Container: (Number and Description)

☐ Heroin/Meckes Reagent

☒ Cocaine/Cocaine Salts and Base Reagent

☐ Marijuana/Duquenols - Levine Reagent

1 GLASSINE OF ALLEGED COCAINE FTN
17 GLASSINE OF ALLEGED COCAINE
1 JAR OF ALLEGED COCAINE

C. Date Field Test Conducted
04/12/2016

D. Estimated total weight of narcotics vouchered greater than 1/8 oz.
☐ Yes ☒ No

**6** | A. Contents In This Envelope Was Seized During The Execution Of a Search Warrant:    ☒ Yes ☐ No

**7** | CERTIFICATION - I hereby certify that I tested the above described substance(s) and that this report is a true and full copy of the original report made by me. False statements made herein are punishable as a class A misdemeanor pursuant to 210.45 of the Penal Law.

Testing Officers Signature:                *(If Undercover - Personally Sign Shield Number In Lieu of Name)*            Date    04/12/2016

**8** | **Supervisor Assuring Accuracy in the Preparation of this Field Test Report:**

| SGT | BROOKS | | 927964 | NBMS |
|---|---|---|---|---|
| Rank | Name (printed) | Signature | Tax # | Command |

Dist:   1. White District Attorney's Office    2. Blue District Attorney's Office    3. Pink Police Laboratory With Vouchered Drugs
        4. Buff = Member's Copy    5. Green Command Copy

PD 321-140 (Rev. 05-08)

## TO BE USED IN MANHATTAN AND STATEN ISLAND ONLY

**1** | **A. FIELD TEST RESULTS:** ☒ Positive ☐ Negative | **B. Voucher No.** 1000781302

**C. LIST ALL PRISONERS:**

| | Last Name | First Name | Date of Arrest | Date of Birth |
|---|---|---|---|---|
| (1) | BERNARD | ROBINSON | 03/▓2016 | 01/05/1951 |
| (2) | NA | NA | NA | NA |
| (3) | NA | NA | NA | NA |
| (4) | NA | NA | NA | NA |
| (5) | NA | NA | NA | NA |
| (6) | NA | NA | NA | NA |

**D. Were there any other narcotics seized or purchased that are associated with this voucher number? If yes, list all companion narcotics voucher numbers or write N/A if there are none.**

| 1000779453 | NA | N/A |
| N/A | N/A | N/A |

**2** | **A. Testing Officers Name Printed** (If Undercover - List Shield Number in Lieu of Name) | **B. Command** | **C. Tax No.** | **D. Officer performing test has conducted 20 or more field tests.**

PO DONZO, MOHAMMED | NBMS | 948907 |

**E. Arresting Officers Last Name (Print)** | First Name | Command | Tax No.

☒ Check Here If Same As Testing Officer

**3** | Contents In This Envelope Was Purchased By An Undercover: ☐ Yes ☒ No

**4** | Contents In This Envelope Is Narcotics Recovered Other Than That Purchased By An Undercover: ☒ Yes ☐ No

**5** | **A. Drug Type/Field Test**

☐ Heroin/Meckes Reagent

☒ Cocaine/Cocaine Salts and Base Reagent

☐ Marijuana/Duquenois - Levine Reagent

**B. Quantity Vouchered and Type of Container:** (Number and Description)

1 TWIST PLASTIC BAG OF CRACK-COCAINE FTP

**C. Date Field Test Conducted**

03/▓2016

**D. Estimated total weight of narcotics vouchered greater than 1/8 oz.** ☐ Yes ☒ No

**6** | **A. Contents In This Envelope Was Seized During The Execution Of a Search Warrant:** ☐ Yes ☒ No

**7** | **CERTIFICATION** - I hereby certify that I tested the above described substance(s) and that this report is a true and full copy of the original report made by me. False statements made herein are punishable as a class A misdemeanor pursuant to 210.45 of the Penal Law.

Testing Officers Signature: _[signature]_ (If Undercover - Personally Sign Shield Number In Lieu Of Name) | Date 03/▓2016

**8** | Supervisor Assuring Accuracy in the Preparation of this Field Test Report:

| LT | SANCHEZ | _[signature]_ | 932211 | NBMS |
| Rank | Name (printed) | Signature | Tax # | Command |

Dist | 1. White District Attorney's Office    2. Blue District Attorney's Office    3. Pink Police Laboratory With Vouchered Drugs
4. Buff = Member's Copy    5. Green Command Copy

MANHATTAN
PD 321-140 (Rev. 05-08)

## TO BE USED IN MANHATTAN AND STATEN ISLAND ONLY

**A. FIELD TEST RESULTS:** ☒ Positive ☐ Negative   **B.Voucher No.** 1000779453

**C. LIST ALL PRISONERS:**

| | Last Name | First Name | Date of Arrest | Date of Birth |
|---|---|---|---|---|
| (1) | BERNARD | ROBINSON | 03/__/2016 | 01/05/1951 |
| (2) | NA | NA | NA | NA |
| (3) | NA | NA | NA | NA |
| (4) | NA | NA | NA | NA |
| (5) | NA | NA | NA | NA |
| (6) | NA | NA | NA | NA |

**D.** Were there any other narcotics seized or purchased that are associated with this voucher number?
If yes, list all companion narcotics voucher numbers or write N/A if there are none.

| NA | NA | N/A |
|---|---|---|
| N/A | N/A | N/A |

**2  A.** Testing Officers Name Printed (If Undercover - List Shield Number in Lieu of Name)   **B. Command**   **C. Tax No.**   **D.** Officer performing test has conducted 20 or more field tests.

PO DONZO, MOHAMMED   NBMS   948907

**E.** Arresting Officers Last Name (Print)   First Name   Command   Tax No.

☒ Check Here If Same As Testing Officer

**3**  Contents In This Envelope Was Purchased By An Undercover:   ☐ Yes ☒ No

**4**  Contents In This Envelope Is Narcotics Recovered Other Than That Purchased By An Undercover:   ☒ Yes ☐ No

**5  A.** Drug Type/Field Test

☐ Heroin/Meckes Reagent

☒ Cocaine/Cocaine Salts and Base Reagent

☐ Marijuana/Duquenois - Levine Reagent

**B.** Quantity Vouchered and Type of Container: (Number and Description)

1 TWIST PLASTIC BAG OF CRACK-COCAINE FTP

**C.** Date Field Test Conducted
03/__/2016

**D.** Estimated total weight of narcotics vouchered greater than 1/8 oz.
☐ Yes ☒ No

**6  A.** Contents In This Envelope Was Seized During The Execution Of a Search Warrant:   ☐ Yes ☒ No

**7  CERTIFICATION** - I hereby certify that I tested the above described substance(s) and that this report is a true and full copy of the original report made by me. False statements made herein are punishable as a class A misdemeanor pursuant to 210.45 of the Penal Law.

Testing Officers Signature: _____   Date   03/__/2016
(If Undercover - Personally Sign Shield Number In Lieu of Name)

**8**  **Supervisor Assuring Accuracy in the Preparation of this Field Test Report:**

| LT | SANCHEZ | | 932211 | NBMS |
|---|---|---|---|---|
| Rank | Name (printed) | Signature | Tax # | Command |

1. White District Attorney's Office   2. Blue District Attorney's Office   3. Pink Police Laboratory With Vouchered Drugs
4. Buff = Member's Copy   5. Green Command Copy

PD 321-140 (Rev. 05-08)

## TO BE USED IN MANHATTAN AND STATEN ISLAND ONLY

**1** | A. FIELD TEST RESULTS: ☒ Positive ☐ Negative | B Voucher No. 1000765363

C. LIST ALL PRISONERS:

| | Last Name | First Name | Date of Arrest | Date of Birth |
|---|---|---|---|---|
| (1) | ROBINSON | BERNARD | 02/24/2016 | 01/05/1951 |
| (2) | NA | NA | NA | NA |
| (3) | NA | NA | NA | NA |
| (4) | NA | NA | NA | NA |
| (5) | NA | NA | NA | NA |
| (6) | NA | NA | NA | NA |

D. Were there any other narcotics seized or purchased that are associated with this voucher number?
If yes, list all companion narcotics voucher numbers or write N/A if there are none.

| NA | NA | N/A |
|---|---|---|
| N/A | N/A | N/A |

**2** | A. Testing Officers Name Printed (If Undercover - List Shield Number In Lieu of Name) | B. Command | C. Tax No. | D. Officer performing test has conducted 20 or more field tests.
| | PO DONZO, MOHAMMED | NBMS | 948907 |

E. Arresting Officers Last Name (Print)          First Name          Command          Tax No.

☒ Check Here If Same As Testing Officer

**3** | Contents In This Envelope Was Purchased By An Undercover: | ☐ Yes ☒ No

**4** | Contents In This Envelope Is Narcotics Recovered Other Than That Purchased By An Undercover: | ☒ Yes ☐ No

**5** | A. Drug Type/Field Test | B. Quantity Vouchered and Type of Container: (Number and Description)

☒ Heroin/Meckes Reagent

☐ Cocaine/Cocaine Salts and Base Reagent

☐ Marijuana/Duquenois - Levine Reagent

1 GLASSINE ENVELOPE CONTAINING  HEROIN FTP

C. Date Field Test Conducted
02/24/2016

D. Estimated total weight of narcotics vouchered greater than 1/8 oz.
☐ Yes ☒ No

**6** | A. Contents In This Envelope Was Seized During The Execution Of A Search Warrant: | ☒ Yes ☐ No

**7** | CERTIFICATION - I hereby certify that I tested the above described substance(s) and that this report is a true and full copy of the original report made by me. False statements made herein are punishable as a class A misdemeanor pursuant to 210.45 of the Penal Law.

Testing Officers Signature:                                    Date   02/24/2016
(If Undercover - Personally Sign Shield Number In Lieu Of Name)

**8** | Supervisor Assuring Accuracy in the Preparation of this Field Test Report:

| LT | SANCHEZ | | 932211 | NBMS |
|---|---|---|---|---|
| Rank | Name (printed) | Signature | Tax # | Command |

Dist:   1. White District Attorney's Office   2. Blue District Attorney's Office   3. Pink Police Laboratory With Vouchered Drugs
4. Buff = Member's Copy   5. Green Command Copy



**MANHATTAN**
PD 321-140 (Rev. 05-08)

### TO BE USED IN MANHATTAN AND STATEN ISLAND ONLY

**1** | **A. FIELD TEST RESULTS:** ☒ Positive ☐ Negative | **B. Voucher No.** 1000765363

**C. LIST ALL PRISONERS:**

| Last Name | First Name | Date of Arrest | Date of Birth |
|---|---|---|---|
| (1) ROBINSON | BERNARD | 02/24/2016 | 01/05/1951 |
| (2) NA | NA | NA | NA |
| (3) NA | NA | NA | NA |
| (4) NA | NA | NA | NA |
| (5) NA | NA | NA | NA |
| (6) NA | NA | NA | NA |

**D.** Were there any other narcotics seized or purchased that are associated with this voucher number? If yes, list all companion narcotics voucher numbers or write N/A if there are none.

| NA | NA | N/A |
|---|---|---|
| N/A | N/A | N/A |

**2** | **A.** Testing Officers Name Printed *(if Undercover - List Shield Number in Lieu of Name)* | **B. Command** | **C. Tax No.** | **D.** Officer performing test has conducted 20 or more field tests.

PO DONZO, MOHAMMED | | NBMS | 948907 |

**E.** Arresting Officers Last Name (Print) | First Name | Command | Tax No.

☒ Check Here If Same As Testing Officer

**3** | Contents In This Envelope Was Purchased By An Undercover: ☐ Yes ☒ No

**4** | Contents In This Envelope Is Narcotics Recovered Other Than That Purchased By An Undercover: ☒ Yes ☐ No

**5** | **A. Drug Type/Field Test** | **B.** Quantity Vouchered and Type of Container: (Number and Description)

☐ Heroin/Meckes Reagent

1 CLEAR ZIP OF MARIJUANA FTP

☐ Cocaine/Cocaine Salts and Base Reagent

**C.** Date Field Test Conducted

02/24/2016

☒ Marijuana/Duquenois - Levine Reagent

**D.** Estimated total weight of narcotics vouchered greater than 1/8 oz.
☐ Yes ☒ No

**6** | **A.** Contents In This Envelope Was Seized During The Execution Of a Search Warrant: ☒ Yes ☐ No

**7** | **CERTIFICATION** - I hereby certify that I tested the above described substance(s) and that this report is a true and full copy of the original report made by me. False statements made herein are punishable as a class A misdemeanor pursuant to 210.45 of the Penal Law.

Testing Officers Signature: _____
*(If Undercover - Personally Sign Shield Number In Lieu Of Name)*

Date 02/24/2016

**8** | **Supervisor Assuring Accuracy in the Preparation of this Field Test Report:**

| Rank | Name (printed) | Signature | Tax # | Command |
|---|---|---|---|---|
| LT | SANCHEZ | | 932211 | NBMS |

Dist:   1. White District Attorney's Office    2. Blue District Attorney's Office    3. Pink Police Laboratory With Vouchered Drugs
4. Buff = Member's Copy    5. Green Command Copy

PD 321-140 (Rev. 05-08)

### TO BE USED IN MANHATTAN AND STATEN ISLAND ONLY

| 1 | **A. FIELD TEST RESULTS:** ☒ Positive ☐ Negative | **B** Voucher No. 1000765363 |
|---|---|---|

**C. LIST ALL PRISONERS:**

| | Last Name | First Name | Date of Arrest | Date of Birth |
|---|---|---|---|---|
| (1) | ROBINSON | BERNARD | 02/24/2016 | 01/05/1951 |
| (2) | NA | NA | NA | NA |
| (3) | NA | NA | NA | NA |
| (4) | NA | NA | NA | NA |
| (5) | NA | NA | NA | NA |
| (6) | NA | NA | NA | NA |

**D.** Were there any other narcotics seized or purchased that are associated with this voucher number?
If yes, list all companion narcotics voucher numbers or write N/A If there are none.

NA          NA          N/A

N/A          N/A          N/A

| 2 | **A. Testing Officers Name Printed** (If Undercover - List Shield Number In Lieu of Name) | **B. Command** | **C. Tax No.** | **D.** Officer performing test has conducted 20 or more field tests. |
|---|---|---|---|---|
| | PO DONZO, MOHAMMED | NBMS | 948907 | |

**E. Arresting Officers Last Name (Print)**     First Name     Command     Tax No.

☒ Check Here if Same As Testing Officer

| 3 | Contents In This Envelope Was Purchased By An Undercover: | ☐ Yes ☒ No |
|---|---|---|
| 4 | Contents In This Envelope Is Narcotics Recovered Other Than That Purchased By An Undercover: | ☒ Yes ☐ No |

| 5 | **A. Drug Type/Field Test** | **B. Quantity Vouchered and Type of Container:** (Number and Description) |
|---|---|---|
| | ☐ Heroin/Meckes Reagent | 1 ALLUMINUM FOIL CONTAINING COCAINE FTP<br>13 ALLUMINUM FOIL CONTAINING ALLEGED COCAINE |
| | ☒ Cocaine/Cocaine Salts and Base Reagent | **C. Date Field Test Conducted** 02/24/2016 |
| | ☐ Marijuana/Duquenois - Levine Reagent | **D.** Estimated total weight of narcotics vouchered greater than 1/8 oz.   ☐ Yes ☒ No |

| 6 | **A.** Contents In This Envelope Was Seized During The Execution Of a Search Warrant: | ☒ Yes ☐ No |
|---|---|---|

| 7 | **CERTIFICATION** - I hereby certify that I tested the above described substance(s) and that this report is a true and full copy of the original report made by me. False statements made herein are punishable as a class A misdemeanor pursuant to 210.45 of the Penal Law. |
|---|---|

Testing Officers Signature: _____ (If Undercover - Personally Sign Shield Number In Lieu Of Name)     Date    02/24/2016

| 8 | **Supervisor Assuring Accuracy in the Preparation of this Field Test Report:** |
|---|---|

| LT | SANCHEZ | | 932211 | NBMS |
|---|---|---|---|---|
| Rank | Name (printed) | Signature | Tax # | Command |

Dist:    1. White District Attorney's Office    2. Blue District Attorney's Office    3. Pink Police Laboratory With Vouchered Drugs
     4. Buff = Member's Copy    5. Green = Command Copy


**MANHATTAN**
PD 321-140 (Rev. 05-08)

## TO BE USED IN MANHATTAN AND STATEN ISLAND ONLY

**1**

**A. FIELD TEST RESULTS:** ☒ Positive ☐ Negative    **B.** Voucher No. 1000765363

**C. LIST ALL PRISONERS:**

| | Last Name | First Name | Date of Arrest | Date of Birth |
|---|---|---|---|---|
| (1) | ROBINSON | BERNARD | 02/24/2016 | 01/05/1951 |
| (2) | NA | NA | NA | NA |
| (3) | NA | NA | NA | NA |
| (4) | NA | NA | NA | NA |
| (5) | NA | NA | NA | NA |
| (6) | NA | NA | NA | NA |

**D.** Were there any other narcotics seized or purchased that are associated with this voucher number?
If yes, list all companion narcotics voucher numbers or write N/A if there are none.

| NA | NA | N/A |
|---|---|---|
| N/A | N/A | N/A |

**2**

**A.** Testing Officers Name Printed *(if Undercover - List Shield Number in Lieu of Name)*

PO DONZO, MOHAMMED

**B. Command** NBMS    **C. Tax No.** 948907    **D.** Officer performing test has conducted 20 or more field tests.

**E.** Arresting Officers Last Name (Print)      First Name      Command      Tax No.

☒ Check Here If Same As Testing Officer

**3**  Contents In This Envelope Was Purchased By An Undercover:    ☐ Yes ☒ No

**4**  Contents In This Envelope Is Narcotics Recovered Other Than That Purchased By An Undercover:    ☒ Yes ☐ No

**5**

**A. Drug Type/Field Test**

☐ Heroin/Meckes Reagent

☒ Cocaine/Cocaine Salts and Base Reagent

☐ Marijuana/Duquenois - Levine Reagent

**B.** Quantity Vouchered and Type of Container: (Number and Description)

1 CLEAR PLASTIC BAG CONTAINING  CRACK-COCAINE FTP

**C.** Date Field Test Conducted

02/24/2016

**D.** Estimated total weight of narcotics vouchered greater than 1/8 oz.    ☐ Yes ☒ No

**6**  **A.** Contents In This Envelope Was Seized During The Execution Of a Search Warrant:    ☒ Yes ☐ No

**7**

**CERTIFICATION** - I hereby certify that I tested the above described substance(s) and that this report is a true and full copy of the original report made by me. False statements made herein are punishable as a class A misdemeanor pursuant to 210.45 of the Penal Law.

Testing Officers Signature: _____    Date ___ 02/24/2016
*(If Undercover - Personally Sign Shield Number In Lieu Of Name)*

**8**

### Supervisor Assuring Accuracy in the Preparation of this Field Test Report:

| Rank | Name (printed) | Signature | Tax # | Command |
|---|---|---|---|---|
| LT | SANCHEZ | | 932211 | NBMS |

Dist:    1. White District Attorney's Office    2. Blue District Attorney's Office    3. Pink Police Laboratory With Vouchered Drugs
4. Buff = Member's Copy    5. Green Command Copy

MANHATTAN
PD 321-140 (Rev. 05-08)

## TO BE USED IN MANHATTAN AND STATEN ISLAND ONLY

**1** | A. FIELD TEST RESULTS: ☒ Positive ☐ Negative | B. Voucher No. 1000753533

C. LIST ALL PRISONERS:

| | Last Name | First Name | Date of Arrest | Date of Birth |
|---|---|---|---|---|
| (1) | JD-GREY | JD-GREY | 01/▓▓2016 | NA |
| (2) | NA | NA | NA | NA |
| (3) | NA | NA | NA | NA |
| (4) | NA | NA | NA | NA |
| (5) | NA | NA | NA | NA |
| (6) | NA | NA | NA | NA |

D. Were there any other narcotics seized or purchased that are associated with this voucher number?
If yes, list all companion narcotics voucher numbers or write N/A if there are none.

NA          NA                          N/A

N/A              N/A                    N/A

**2** | A. Testing Officers Name Printed (if Undercover - List Shield Number in Lieu of Name) | B. Command | C. Tax No. | D. Officer performing test has conducted 20 or more field tests.

PO DONZO, MOHAMMED      NBMS    948907

E. Arresting Officers Last Name (Print)      First Name      Command      Tax No.

☒ Check Here If Same As Testing Officer

**3** Contents In This Envelope Was Purchased By An Undercover: ☐ Yes ☒ No

**4** Contents In This Envelope Is Narcotics Recovered Other Than That Purchased By An Undercover: ☒ Yes ☐ No

**5** | A. Drug Type/Field Test | B. Quantity Vouchered and Type of Container: (Number and Description) |

☐ Heroin/Meckes Reagent

1 CLEAR TWIST PLATIC BAG OF CRACK-COCAINE FTP
1 CLEAR TWIST PLASTIC BAG OF ALLEGED CRACK-COCAINE

☒ Cocaine/Cocaine Salts and Base Reagent

C. Date Field Test Conducted

01/▓▓2016

☐ Marijuana/Duquenois - Levine Reagent

D. Estimated total weight of narcotics vouchered greater than 1/8 oz.
☐ Yes ☒ No

**6** A. Contents In This Envelope Was Seized During The Execution Of a Search Warrant: ☒ Yes ☐ No

**7** CERTIFICATION - I hereby certify that I tested the above described substance(s) and that this report is a true and full copy of the original report made by me. False statements made herein are punishable as a class A misdemeanor pursuant to 210.45 of the Penal Law.

Testing Officers Signature: _____ (If Undercover - Personally Sign Shield Number in Lieu of Name)    Date   01/▓▓2016

**8** Supervisor Assuring Accuracy in the Preparation of this Field Test Report:

LT      SANCHEZ                          932211      NBMS
Rank    Name (printed)      Signature      Tax #      Command

Dist:    1. White District Attorney's Office    2. Blue District Attorney's Office    3. Pink Police Laboratory With Vouchered Drugs
4. Buff = Member's Copy    5. Green Command Copy

EXHIBIT 7